B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FX Luxury Las Vegas I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Metroflag BP, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0022675** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**650 Madison Avenue<br>New York, NY**<br>ZIP Code **10022** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7935 West Sahara Avenue<br>Suite 102<br>Las Vegas, NV**<br>ZIP Code **89117** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>**162-21-301-001, 162-21-301-003, 162-21-301-009, 162-21-301-014,<br>162-21-301-016 through 162-21-201-020** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
■ A plan is being filed with this petition.
■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                           Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FX Luxury Las Vegas I, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)           (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **FX Luxury Las Vegas I, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (If not represented by attorney)

    _____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

### Signature of Attorney*

X **/s/ Deanna L. Forbush**
_____
    Signature of Attorney for Debtor(s)
    **Deanna L. Forbush**
    Printed Name of Attorney for Debtor(s)
    **FOX ROTHSCHILD, LLP**
    Firm Name
    **3883 Howard Hughes Parkway**
    **Suite 500**
    **Las Vegas, NV 89169**
    Address

    **702-262-6899 Fax:702-597-5503**
    Telephone Number
    **April 21, 2010**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

    _____
X
    Address

    _____
    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mitchell Nelson**
_____
    Signature of Authorized Individual
    **Mitchell Nelson**
    Printed Name of Authorized Individual
    **President**
    Title of Authorized Individual
    **April 21, 2010**
    Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**WRITTEN CONSENT OF THE SOLE MEMBER, IN LIEU OF A MEETING**
**OF**
**FX LUXURY LAS VEGAS I, LLC**

The undersigned FXL, INC., a Delaware corporation, which is the managing member (the "**Managing Member**") of FX LUXURY, LLC, a Delaware limited liability company (the "**Sole Member**"), pursuant to the resolutions previously adopted by FX REAL ESTATE AND ENTERTAINMENT, INC., a Delaware corporation ("**FXRE**"), which at the time of adopting said resolutions was the sole managing member of the Sole Member, which Sole Member was and presently is the sole member of FX LUXURY LAS VEGAS I, LLC, a Nevada limited liability company (the "**Company**"), hereby consents to the taking of the following actions by the Company and hereby adopts, by written consent, in lieu of a meeting, the following resolutions:

"**WHEREAS**, the Company, owns approximately 17.71 contiguous acres of land located on the "Las Vegas Strip" at the southeast corner of Las Vegas Boulevard and Harmon Avenue in Las Vegas, Nevada (collectively, the "**Las Vegas Properties**");

**WHEREAS**, the Las Vegas Properties, are encumbered by liens securing loans having an aggregate principal balance of approximately $454 million as of the date hereof, including (i) two-tranche senior secured first priority loans in the current principal amount of approximately $259 million (the "**First Lien Loan**") made by the first lien lenders pursuant to that certain Amended and Restated Credit Agreement, dated as of July 6, 2007, among the Company, FX LUXURY LAS VEGAS II, LLC, a Nevada limited liability company ("**FX II**") and FX LUXURY LAS VEGAS PARENT, LLC, a Delaware limited liability company ("**FX Parent**") (collectively, the "**Loan Parties**"), and such first lien lenders, and (ii) secured second priority loans in the current principal amount of approximately $195 million (the "**Second Lien Loan**"; and together with the First Lien Loan, the "**Loans**") made by the second lien lenders pursuant to that certain Amended and Restated Credit Agreement, dated as of July 6, 2007, among the Loan Parties, and such second lien lenders;

**WHEREAS**, the Loan Parties have been in default under the Loans since September 30, 2008 (with the exception of November 25, 2008 through December 19, 2008 during which a temporary waiver of default was in effect) and the Loans matured on January 6, 2009;

**WHEREAS**, pursuant to the consent previously granted by the Board of Directors of FXRE, which at the time of granting such consent was the sole managing member of the Sole Member, Sole Member authorized and directed the Loan Parties to, and the Loan Parties have entered into that certain Lock Up and Plan Support Agreement, dated as of October 27, 2009 (the "**Lock Up Agreement**") with LIRA Property Owner LLC ("**LPO**"), LIRA LLC ("**LIRA**"), Landesbank Baden-Württemberg, New York Branch (as successor-in-interest to Credit Suisse, Cayman Islands Branch, the "**First Lien Agent**") and the first lien lenders (hereinafter collectively, the "**Lock Up Parties**"), for the purpose of pursuing an orderly liquidation of the assets of the Loan Parties for the benefit of their creditors;

**WHEREAS,** pursuant to (i) the Certificate of Merger filed with the State of Delaware Secretary of State on November 5, 2009, and (ii) the Articles of Merger filed with the State of Nevada Secretary of State on November 5, 2009, FX Parent was merged into the Company;

**WHEREAS,** pursuant to the Articles of Merger filed with the State of Nevada Secretary of State on November 5, 2009, FX II was merged into the Company;

**WHEREAS,** pursuant to the terms of the Lock Up Agreement, the Company (A) has (i) entered into the Plan Funding Agreement the terms of which are materially set forth in Exhibit B-2 to the Lock Up Agreement, and (ii) entered into an Escrow Agreement; and (B) was prepared to (i) solicit the votes of the first lien lenders to the proposed plan of liquidation in accordance with the terms of the plan term sheet attached to the Lock Up Agreement as Exhibit B-1, (ii) file a voluntary petition under Chapter 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "**Bankruptcy Code**"), (iii) market the Properties for sale at an auction consistent with the terms of Exhibit B-3 to the Lock Up Agreement, (iv) seek the entry of the interim cash collateral order in substantially the same form as attached to the Lock Up Agreement in Exhibit D, (v) seek the confirmation of the plan contemplated by the Lock Up Agreement, and (vi) pursue and perform all other actions that may be related or incidental to the administration by the Company of its Chapter 11 case and the operation of its business as debtor in possession (all of the items referred to in clauses (A) and (B) of this paragraph are hereinafter collectively referred to as the "**Actions**");

**WHEREAS,** following the execution of the Lock Up Agreement, the Lock Up Parties entered into discussions with the second lien lenders to explore the possibility of a consensual, three-party arrangement with respect to the filing of the prepackaged case and, in connection therewith, the first lien lenders, the First Lien Agent, the second lien lenders, NexBank, SSB, as administrative agent and collateral agent under the Second Lien Loan, the Company and LIRA entered into that certain Lock Up and Plan Support Agreement (as amended, supplemented or otherwise modified, the "**Tri-Party Lock Up Agreement**"), dated as of December 18, 2009;

**WHEREAS,** contemporaneously with the execution of the Tri-Party Lock Up Agreement, the Lock Up Parties executed that certain Standstill Agreement (the "**Standstill Agreement**"), dated as of December 18, 2009, pursuant to which the Lock Up Parties agreed *inter alia* (i) to defer and stay the Actions and certain other activity required to be undertaken under the Lock Up Agreement and the documents executed and delivered in connection therewith to allow for the negotiation and documentation of the transactions contemplated by the Tri-Party Lock Up Agreement and (ii) to preserve the Lock Up Agreement and, in the event of the termination of the Tri-Party Lock Up Agreement, to proceed with the transactions contemplated thereby (with certain modifications and amendments), in each case, on the terms and conditions set forth in the Standstill Agreement;

**WHEREAS,** the parties to the Tri-Party Lock Up Agreement were unable to reach agreement on the documentation and transactions contemplated thereunder and on February 12, 2010, the Tri-Party Lock Up Agreement automatically terminated pursuant to the terms thereof;

**WHEREAS,** pursuant to the requirements of the Standstill Agreement, the Company intends to enter into: (i) the First Amendment to the Lock Up and Plan Support Agreement, (ii)

the Second Amended and Restated Escrow Agreement, and (iii) the First Amendment to the Plan Funding Agreement (hereinafter collectively, the "**Amendments**") and the Sole Member has determined that it is in the best interests of the Company to enter into such Amendments;

WHEREAS, the Sole Member was presented with a proposed petition to be filed by the Company in the United States Bankruptcy Court for the District of Nevada seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor in possession will be sought and the Sole Member has determined that it is in the best interests of the Company to file such petition;

WHEREAS, the Sole Member has determined that taking all of the other Actions or ratifying any previously taken Actions is in the best interests of the Company;

WHEREAS, the Sole Member desires to appoint Mitchell J. Nelson as the President of the Company; and

WHEREAS, the Sole Member of the Company, desires to authorize Mitchell J. Nelson ("**Authorized Signatory**"), as the President of the Company, to enter into, execute and deliver any and all Amendments, agreements, documents, petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, instruments or certificates necessary in connection with the Actions on behalf of the Company (the "**Transaction Documents**");

NOW THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to file a petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor in possession will be sought;

AND IT IS FURTHER RESOLVED, that the Company is hereby authorized to (i) perform the Actions, and (ii) file, enter into, execute, seek entry of and deliver any and all Transaction Documents;

AND IT IS FURTHER RESOLVED, that all previously taken Actions and the previous filing, entering into, execution and delivery of the Lock Up Agreement and any Transaction Documents by the Company (and by FX II and FX Parent) are hereby approved and ratified;

AND IT IS FURTHER RESOLVED, that Mitchell J. Nelson is hereby appointed as the President of the Company;

AND IT IS FURTHER RESOLVED, that the Authorized Signatory was and is hereby authorized and directed to execute, deliver and perform, on behalf of the Company (and if applicable, on behalf of FX II and FX Parent) the Lock Up Agreement, the Transaction Documents (including any previously entered into, executed and delivered Lock Up Agreement and Transaction Documents), all in the forms heretofore approved, with all such changes, modifications or amendments thereto as such Authorized Signatory may approve or has approved, such Authorized Signatory's execution thereof to be conclusive evidence of such Authorized Signatory's approval and the approval of the Company;

AND IT IS FURTHER RESOLVED, that the Authorized Signatory was, be, and hereby is, authorized and directed, in the name and on behalf of the Company (and if applicable,

3

on behalf of FX II and FX Parent), to take or cause to be taken any such action as such Authorized Signatory deemed or deems necessary or advisable to effectuate the Actions and the purposes and intentions of the foregoing resolutions, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which he may deem necessary, proper or desirable in connection with the Actions;

**AND IT IS FURTHER RESOLVED,** that the law firm of Fox Rothschild, LLP be, and hereby is, employed under a general retainer pursuant to Section 327(a) of the Bankruptcy Code as attorneys for the Company;

**AND IT IS FURTHER RESOLVED,** that the law firm of Greenberg Traurig, LLP be, and hereby is, employed as special counsel to the Company pursuant to Section 327(e) of the Bankruptcy Code;

**AND IT IS FURTHER RESOLVED,** that the Company is hereby authorized to retain certain other professionals as may be necessary throughout the Bankruptcy case;

**AND IT IS FURTHER RESOLVED,** that all actions taken by the Authorized Signatory prior to the date of this written consent in connection with the Actions, the Lock Up Agreement, the Transaction Documents and any other documents, certificates, instruments or agreements in connection therewith, are hereby approved, confirmed, ratified and reaffirmed in all respects; and

**AND IT IS FURTHER RESOLVED,** that all actions taken by the Authorized Signatory prior to the date of this written consent in connection with the matter approved by the foregoing resolutions are hereby approved, confirmed and ratified in all respects."

[signatures appear on the following page]

[signature page to written consent of sole member of FX Luxury Las Vegas I, LLC]

Executed as of the 20th day of April, 2010.

**FX LUXURY, LLC**, a Delaware limited liability company, as sole member of the Company

By: **FXL, INC.**, a Delaware corporation, its Managing Member

By: _____

Mitchell J. Nelson, President

*MIA 180,938,689v9 4-20-10*

5

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **FX Luxury Las Vegas I, LLC**
_____,
                                Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 137,700,000.00 | | |
| B - Personal Property | Yes | 4 | 1,936,791.83 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 268,115,868.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 185,767.29 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 224,266,401.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 139,636,791.83 | | |
| Total Liabilities | | | | 492,568,036.75 | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **FX Luxury Las Vegas I, LLC**
　　　　　　　　　　　　　　　　　　　　Debtor(s)

Case No.
Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 12345, Inc.<br>dba One Stop Market<br>5610 South Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Fax (702) 369-6635<br>12345, Inc.<br>dba One Stop Market<br>5610 South Valley View Blvd.<br>Las Vegas, NV 89118 | Tenant security deposit units 101-102, held in Receiver's bank account | Contingent<br>Unliquidated | 25,680.00 |
| 7-Eleven<br>5820 Stoneridge Mill Road<br>Pleasanton, CA 94566 | Fax (972) 828-1043<br>7-Eleven<br>5820 Stoneridge Mill Road<br>Pleasanton, CA 94566 | Tenant security deposit unit 101A, held in Receiver's bank account | Contingent<br>Unliquidated | 31,121.00 |
| Arelni Modulars<br>2000 South Las Vegas Blvd.<br>Suite 49<br>Las Vegas, NV 89104-2507 | Fax (702) 798-7490<br>Arelni Modulars<br>2000 South Las Vegas Blvd.<br>Suite 49<br>Las Vegas, NV 89104-2507 | Tenant security deposit unit 3729, held in Receiver's bank account | Contingent<br>Unliquidated | 86,313.60 |
| Arelni, LLC<br>dba Viva Vegas Gifts<br>2000 South Las Vegas Blvd.<br>Suite 49<br>Las Vegas, NV 89104-2507 | arelnillc@gmail.com<br>Arelni, LLC<br>dba Viva Vegas Gifts<br>2000 South Las Vegas Blvd.<br>Las Vegas, NV 89104-2507 | Tenant security deposit units 104-106, held in Receiver's bank account | Contingent<br>Unliquidated | 36,000.00 |
| Blatteis & Schnur, Inc.<br>1940 Century Park East #200<br>Los Angeles, CA 90067 | Fax (310) 282-5311<br>Blatteis & Schnur, Inc.<br>1940 Century Park East #200<br>Los Angeles, CA 90067 | Leasing commission to broker | | $20,000.00 |
| Crazy Eli/Fabulous Vegas, LLC<br>6130 West Flamingo Road, Suite 402<br>Las Vegas, NV 89103 | Fax (702) 382-3005<br>Crazy Eli/Fabulous Vegas, LLC<br>6130 West Flamingo Road, Suite 402<br>Las Vegas, NV 89103 | Tenant security deposit units 101B, 102 and 103, held in Receiver's bank account | Contingent<br>Unliquidated | 96,337.00 |
| Eli Elezia and Pini Cabvz<br>dba Photo Lab<br>5160 South Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Fax (702)<br>Eli Elezia and Pini Cabvz<br>dba Photo Lab<br>5160 South Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Tenant security deposit unit 109, held in Receiver's bank account | Contingent<br>Unliquidated | $18,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **FX Luxury Las Vegas I, LLC**                                 Case No.

                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Haynes & Boone, LLP<br>Attn: Lenard M. Parkins<br>1221 Avenue of the Americas, 26th Floor<br>New York, NY 10022-1007 | Fax (212) 884-9226<br>Haynes & Boone, LLP<br>Attn: Lenard M. Parkins<br>1221 Avenue of the Americas, 26th Floor<br>New York, NY 10022-1007 | Legal Fees Loan Agreement Restructure | | 82,573.00 |
| HGD, Inc.<br>dba Tamba Restaurant<br>3743 South Las Vegas Blvd.<br>Suite 205<br>Las Vegas, NV 89109 | Fax (702) 798-7490<br>HGD, Inc.<br>dba Tamba Restaurant<br>3743 South Las Vegas Blvd.<br>Suite 205<br>Las Vegas, NV 89109 | Tenant security deposit unit 205, held in Receiver's bank account | Contingent Unliquidated | 24,000.00 |
| Higuchi Developer, Inc.<br>dba T-Shirts Plus<br>5160 S. Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Fax (702) 736-9473<br>Higuchi Developer, Inc.<br>dba T-Shirts Plus<br>5160 S. Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Tenant security deposit units 107-108, held in Receiver's bank account | Contingent Unliquidated | 24,000.00 |
| ITCO Corporation<br>3765 South Las Vegas Blvd.<br>Suite B-F<br>Las Vegas, NV 89109 | Fax (702) 891-8424<br>ITCO Corporation<br>3765 South Las Vegas Blvd.<br>Suite B-F<br>Las Vegas, NV 89109 | Tenant security deposit unit 3765B-F, held in Receiver's bank account | Contingent Unliquidated | 19,084.00 |
| Landesbank<br>Baden-Wurttemberg<br>New York Branch<br>280 Park Ave., 31st Fl., West Bldg.<br>Attn: Robert Dowling<br>New York, NY 10017 | Fax (212) 584-1759<br>Landesbank Baden-Wurttemberg<br>New York Branch, Attn: Robert Dowling<br>280 Park Ave., 31st Fl., West Bldg.<br>New York, NY 10017 | APN Nos.<br>162-21-301-001, 162-21-301-003, 162-21-009, 162-21-301-14, 162-21-016 through 020 | | 268,115,868.07 (value of security unknown) |
| Lochsa Engineering<br>6345 South Jones Blvd., Suite 100<br>Las Vegas, NV 89118 | Fax (702) 365-9317<br>Lochsa Engineering<br>6345 South Jones Blvd., Suite 100<br>Las Vegas, NV 89118 | Surveying and Engineering Costs | | 50,000.00 |
| Nex Bank<br>c/o Haynes and Boone, LLP<br>Attn: Lenard M. Parkins<br>1221 Avenue of the Americas, 26th Fl.<br>New York, NY 10020 | Fax (972) 934-4790<br>NexBank, SSB<br>13455 Noel Road, Suite 2220<br>Attn: Jeff Scott<br>Dallas, TX 75240 | Second Lien | | 220,813,998.97 |
| Sarja Narang<br>Leather Look's<br>3755 South Las Vegas Blvd.<br>Suite 103<br>Las Vegas, NV 89109 | Fax (702) 731-9660<br>Sarja Narang<br>Leather Look's<br>3755 South Las Vegas Blvd.<br>Las Vegas, NV 89109 | Tenant security deposit unit 103, held in Receiver's bank account | Contingent Unliquidated | 24,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                          Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Sahara Land, Inc.<br>dba Alan Albert's Steak House<br>3763 South Las Vegas Blvd.<br>Suite EE<br>Las Vegas, NV 89109 | Fax: (702) 740-4435<br>Sahara Land, Inc.<br>dba Alan Albert's Steak House<br>3763 South Las Vegas Blvd.<br>Suite EE<br>Las Vegas, NV 89109 | Tenant security deposit units 3763C-G and 3763EE, held in Receiver's bank account | Contingent<br>Unliquidated | 20,000.00 |
| The Cristcat Group, Inc.<br>dba Zingers<br>2934 1/2 Beverly Glen Circle<br>Suite 405<br>Sherman Oaks, CA 91403 | Fax (818) 784-8189<br>The Cristcat Group, Inc.<br>dba Zingers<br>2934 1/2 Beverly Glen Circle<br>Suite 405<br>Sherman Oaks, CA 91403 | Tenant security deposit unit 104, held in Receiver's bank account | Contingent<br>Unliquidated | 34,000.00 |
| Thunderbolt Associates, LLC<br>Harley Davidson Cafe<br>Attn: Marc Packer<br>888 7th Avenue<br>New York, NY 10126 | Fax (212) 399-3263<br>Thunderbolt Associates, LLC<br>Harley Davidson Cafe<br>Attn: Marc Packer<br>888 7th Avenue<br>New York, NY 10126 | Security deposit for building lease | Contingent<br>Unliquidated | 130,683.05 |
| Yokahama Okadaya<br>3743 South Las Vegas Blvd.<br>Suite 117A<br>Las Vegas, NV 89109 | Fax (702) 262-9625<br>Yokahama Okadaya<br>3743 South Las Vegas Blvd.<br>Suite 117A<br>Las Vegas, NV 89109 | Tenant security deposit unit 117-A, held in Receiver's bank account | Contingent<br>Unliquidated | 26,784.00 |
| Young Electric Sign Company<br>P.O. Box 11676<br>Tacoma, WA 98411 | Fax (702) 944-4500<br>Young Electric Sign Company<br>P.O. Box 11676<br>Tacoma, WA 98411<br>(702) 876-8080 | Purchase of sign/sign maintenance | | 50,000.00 |
| YWS Architects<br>5005 West Patrick Lane<br>Las Vegas, NV 89118 | Fax (702) 255-3011<br>YWS Architects<br>5005 West Patrick Lane<br>Las Vegas, NV 89118<br>(702) 243-5670 | Architectural fees | | 156,102.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Mitchell Nelson, the President of FX Luxury Las Vegas I, LLC, the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **April 21, 2010**                          Signature    **/s/ Mitchell Nelson**
_____                    _____
                                                     **Mitchell Nelson, President**
                                                     **FX Luxury Las Vegas I, LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re **FX Luxury Las Vegas I, LLC**                                           Case No. _____
_____,
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **17.72 contiguous acres of land (the "Properties") located on the world famous "Las Vegas Strip" at the southeast corner of Las Vegas Boulevard and Harmon Avenue in Las Vegas, Nevada and extending south almost to Tropicana Avenue.  See Exhibit A.** | | - | 137,700,000.00 | 268,115,868.07 |
| **\*\*\*Given the unique characteristics of the Properties, the Debtor is unable to determine the Properties' current fair market value, although in February 2010, one appraiser concluded that the liquidation value in a forced foreclosure scenario was approximately $137.7 million.  Nevertheless, pursuant to the Plan Funding Agreement, New Borrower has agreed to acquire the Properties for approximately $260 million, composed of a $15 million cash payment and a new first lien loan of approximately $245 million if the contemplated auction of the assets does not take place because of lack of Qualified Bidders.\*\*\*** | | | | |

|  | Sub-Total > | 137,700,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 137,700,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **FX Luxury Las Vegas I, LLC** _____,  Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash (Travelodge Daily Opening Cash Drawer)** | - | 1,500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Travel Lodge Account No. 0049-6161-2371 balance as of 03/30/10 This account is in control of Debtor's Management Company** | - | 205,313.98 |
| | | **Bank of America, Operating Account No. 0049-6492-9401 balance as of 04/20/10 This is Debtor's Operating Account** | - | 178,049.72 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Tenant Security Deposits Held in Receiver Bank Account. Funds in this account may not be property of the bankruptcy estate.** | - | 767,133.47 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Replacement Value/GL Insurance for the Property.** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 1,151,997.17 |
|---|---|---|
|  | (Total of this page) | |

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **FX Luxury Las Vegas I, LLC**               ,     Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rent and other receivables dated 3/30/2010 (see attached) (collectability uncertain)** | **-** | **Unknown** |
| | | **Dolly De Leon Judgment dated June 8, 2009** | **-** | **53,845.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Sub-Total > (Total of this page) | **53,845.00** |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**

Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See list of assets attached. (book value)** | - | 146,534.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid expenses and other current assets as of 03/30/10** | - | 545,302.00 |

Sub-Total >    691,836.00
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                           Case No. _____

                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Prepaid insurance premium to Willis of Arizona, Inc. 11201 North Tatum Blvd. Suite 300 Phoenix, AZ 85028 | - | 39,113.66 |

|  | Sub-Total > | 39,113.66 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,936,791.83 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**ATTACHMENT QUESTION #16**

System:      3/30/2010      3:48:30 PM
User Date:   3/30/2010

## AGED TRIAL BALANCE WITH OPTIONS - SUMMARY
### FX Luxury Combined
### Receivables Management

Page:        1
User ID:     gmcherry

Ranges:
Customer ID:      First - Last
Customer Class:   First - Last
Salesperson ID:   First - Last
Sales Territory:  First - Last

Short Name:    First - Last
Telephone:     First - Last
State:         First - Last
ZIP Code:      First - Last

Customer Name:  First - Last
Unit:           First - Last
Account Type:   All
Posting Date:   First - 2/28/2010

Exclude:  Credit Balance, Zero Balance, No Activity, Fully Paid Documents, Multicurrency Info
Sorted:   by Customer ID

| Customer Name | Short Name | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|
| 1-2-3-4-5, Inc. | 101-102 | $0.00 | $0.00 | $0.00 | $2,406.34 | $2,406.34 |
| 7-Eleven | 101A | $17,815.95 | $5,938.85 | $0.00 | $144,619.13 | $168,373.73 |
| Adventure International, LLC | 3735-A-B | ($504.61) | $271.05 | $335.72 | $13,913.15 | $14,015.31 |
| Timothy Afzali dba Afzalii Fashions | 105 | $8,000.00 | $0.00 | $0.00 | $0.00 | $8,000.00 |
| Arelni | 3735-C-D | $5,179.19 | $2,057.53 | $2,548.44 | $2,806.89 | $12,592.05 |
| Arelni Modulars, LLC. | GE Modular | $11,717.43 | $4,428.85 | $5,679.51 | $6,163.15 | $27,885.94 |
| Avzalli | Cart W | $0.00 | $29.56 | $0.00 | $602.76 | $632.31 |
| Beauty Spa | Cart ZA | $0.00 | $0.00 | $0.00 | $1,074.56 | $1,074.56 |
| Beauty Spa, LLC | Cart T | $0.00 | $0.00 | $0.00 | $5,504.87 | $5,504.87 |
| Beauty Spa, LLC | 124 | $420.00 | $0.00 | $0.00 | $350.00 | $770.00 |
| Cheng Liu | Cart L | $0.00 | $0.00 | $0.00 | $1,465.37 | $1,465.37 |
| Christian Design Apparel - 118 | 118 | $6,044.20 | $0.00 | $0.00 | $38,974.28 | $45,018.48 |
| Christian Design Apparel - M | Cart M | $4,154.56 | $0.00 | $0.00 | $1,586.49 | $5,741.05 |
| Christian Design Apparel - X | Cart X | $2,654.56 | $0.00 | $0.00 | $1,586.49 | $4,241.05 |
| Christian Design Apparel -119 | 119 | $9,954.74 | $0.00 | $0.00 | $39,913.35 | $49,868.09 |
| Criscat Vegas Inc. | 104 | $0.00 | $0.00 | $0.00 | $360.00 | $360.00 |
| Criscat Vegas Inc. | Cart SW-1 | $0.00 | $0.00 | $0.00 | $1,213.70 | $1,213.70 |
| Do It Mardi-Gras Style | Cart R | $4,306.07 | $0.00 | $0.00 | $2,349.05 | $6,655.12 |
| Dreambears, LLC | 103 | $8,154.88 | $0.00 | $0.00 | $238.00 | $8,392.88 |
| Dream Car Rentals, Inc. | 3735-A | $1,597.39 | $554.28 | $167.86 | $2,618.44 | $4,937.97 |
| Dreamsport, LLC | 101-102 | $14,938.66 | $0.00 | $0.00 | $287.17 | $15,226.82 |
| Eli Elezra & Pini Labouz | 109 | $0.00 | $0.00 | $0.00 | $1,203.17 | $1,203.17 |
| Fatburger Corporation | 3763-A | $1,808.61 | $0.00 | $0.00 | $0.00 | $1,808.61 |
| Fed Promotion Co. | 120 | $11,705.26 | $0.00 | $0.00 | $28,640.52 | $40,345.78 |
| Higuchi Developer, Inc. | 107-108 | $0.00 | $0.00 | $0.00 | $2,406.34 | $2,406.34 |

System: 3/30/2010  
User Date: 3/30/2010  
3:48:30 PM

Page: 2  
User ID: gmchenry

# AGED TRIAL BALANCE WITH OPTIONS - SUMMARY
## FX Luxury Combined

| | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|
| Hot Hats | Kiosk P | $0.22 | $0.11 | $0.00 | $0.11 | $0.44 |
| ITCO Corporation | 3765-B-F | $711.18 | $0.00 | $0.00 | $0.00 | $711.18 |
| LCGJ Enterprises | 117-B | $18,000.00 | $150.00 | $0.00 | $2,720.50 | $20,870.50 |
| McDonalds | 110-112 | $11,329.38 | $0.00 | $0.00 | $0.00 | $11,329.38 |
| Impulz d/b/a Miche Bag | Cart F | $0.00 | $0.00 | $0.00 | $818.24 | $818.24 |
| Nevada Cell | Cart J | $2,500.00 | $3,202.28 | $0.00 | $0.00 | $5,702.28 |
| Nevada Cell, Inc. dba Wiggly Worm | Cart SW2 | $1,322.88 | $0.00 | $0.00 | $0.00 | $1,322.88 |
| Rant and Rave | Cart K | $5,654.66 | $0.00 | $0.00 | $0.00 | $5,654.66 |
| Raptor, LLC. | Cart I | ($335.32) | $0.00 | $0.00 | $407.44 | $72.12 |
| Sarja Narang | 103 | $18,585.90 | $0.00 | $0.00 | $21,376.60 | $39,962.50 |
| Maruti T-Shirts and Caps | Cart H | $54.66 | $0.00 | $0.00 | $0.00 | $54.66 |
| Vegas Styles, Inc. | Kiosk Z | $0.00 | $0.00 | $0.00 | $1,309.41 | $1,309.41 |
| Visions of Africa | Cart P | $0.00 | $0.00 | $0.00 | $3,925.62 | $3,925.62 |
| Fortune 18, LLC d/b/a What's Hot in Hollywood | Cart C | $154.62 | $0.00 | $0.00 | $0.00 | $154.62 |
| | | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
| Grand Totals: | Customers 39 | $165,924.86 | $16,629.31 | $8,631.53 | $330,631.13 | $521,816.83 |

# ATTACHMENT QUESTION #28

**FX LUXURY**
**FIXED ASSETS**
**SEPTEMBER 2009**

*(handwritten note, top right:)* – NO CHANGES TO FIXED ASSETS SINCE LAST REVIEW (AT 2008)  *ameth 10/13/09*

| Asset ID | Asset Label | Asset Class ID | Asset Description | Extended Description | Location ID | Property Type | Acquisition Date | Asset Status |
|---|---|---|---|---|---|---|---|---|
| 001000 | 001000-1 | BLDGS | Building - BP | Travelodge BP | PARCEL2-TRVL | Real | 1/12/2002 | Active |
| 001000 | 001000-2 | BLDGS | BUILDING+CABLE | | PARCEL4-CABLE | Real | 1/5/2005 | Active |
| 001000 | 001000-3 | BLDGS | BUILDING-CAPITOR-1 | | PARCEL5-CAPITOR | Real | 3/31/1999 | Active |
| 001000 | 001000-4 | BLDGS | BUILDING-CAPITOR-2 | | | Personal | 1/1/2002 | Active |
| 001000 | 001000-5 | BLDGS | BUILDING-POLO | | | Personal | 1/1/2002 | Active |
| 001000 | 001000-6 | BLDGS | BUILDING-POLO-HMP | Hawaiian Market Place | PARCEL3-POLO | Real | 1/1/2004 | Active |
| 001000 | 001000-7 | BLDGS | BUILDING-SW | SW Restaurant | PARCEL3-POLO | Real | 5/1/2004 | Active |
| 001000 | 001000-8 | BLDGS | BUILDING-CAPITOR-3 | | PARCEL5-CAPITOR | Real | 5/23/2005 | Active |
| 001000 | 001000-9 | BLDGS | Building-HD | | PARCEL5-HD | Real | 7/28/2004 | Active |
| 002000 | 002000-1 | BLDGS IMPRV | BLDG IMPROVEMENT-CAPITOR-1 | | PARCEL5-CAPITOR | Real | 6/18/2005 | Active |
| 002000 | 002000-2 | BLDGS IMPRV | BLDG IMPROVEMENT-CAPITOR-2 | | PARCEL5-CAPITOR | Real | 3/26/1999 | Active |
| 002000 | 002000-3 | BLDGS IMPRV | Bldg Improvement-Travelodge | | PARCEL2-TRVL | Real | 1/1/2001 | Active |
| 003000 | 003000-1 | SITE IMPR | Site Improvement-BP | ① Travelodge Leasehold Improvements | PARCEL2-TRVL | Real | 1/1/2009 | Active |
| 003000 | 003000-2 | SITE IMPR | Site Improvement-BP | Plumbing | PARCEL2-TRVL | Real | 9/28/2006 | Active |
| 003000 | 003000-3 | SITE IMPR | Site Improvement-BP | Conduit | PARCEL2-TRVL | Real | 10/18/2006 | Active |
| 003000 | 003000-4 | SITE IMPR | Site Improvement-BP | Parking Lot | PARCEL2-TRVL | Real | 10/18/2006 | Active |
| 003000 | 003000-5 | SITE IMPR | Site Improvement-Cable | Asphalt | PARCEL4-CABLE | Real | 11/20/2006 | Active |
| 003000 | 003000-6 | SITE IMPR | Site Improvement-SW | | PARCEL5-SW | Real | 1/1/2005 | Active |
| 003000 | 003000-7 | SITE IMPR | Site Improvement-POLO | Sidewalk | PARCEL3-POLO | Real | 12/1/2005 | Active |
| 003000 | 003000-8 | SITE IMPR | Site Improvement-Travelodge-Water System | ① Water System-All Seasons Plumbing Div | PARCEL2-TRVL | Real | 10/1/2005 | Active |
| 005000 | 005000-1 | FF&E | Furniture & Fixture-BP | | | Personal | 5/31/2009 | Active |
| 005000 | 005000-2 | FF&E | Furniture & Fixtures-BP | ① Travel Lodge | PARCEL2-TRVL | Personal | 1/1/2002 | Active |
| 005000 | 005000-3 | FF&E | Furniture & Fixtures-BP | ① Travel Lodge 2 | PARCEL2-TRVL | Personal | 7/1/2002 | Active |
| 005000 | 005000-4 | FF&E | Furniture & Fixtures-CAPITOR | SIGNS 1 | PARCEL5-CAPITOR | Personal | 12/31/2007 | Active |
| 005000 | 005000-5 | FF&E | Furniture & Fixtures-CAPITOR | SIGNS 2 | | Personal | 3/31/1999 | Active |
| 005000 | 005000-6 | FF&E | Furn & Fixtures-Office-Safe | | CORP | Personal | 3/28/1999 | Active |
| 005000 | 005000-7 | FF&E | Furn & Fixtures-Executive Offices | Lobby Furniture - Corp Office | CORP | Personal | 6/1/2003 | Active |
| 005000 | 005000-8 | FF&E | Furn & Fixture-Executive Offices | Fire Proof Safe-Merril Petinato-Exp Rep | CORP | Personal | 8/1/2008 | Retired |
| 005000 | 005000-9 | FF&E | Furn & Fixtures-File Cabinets | Executive Office-By Design Custom Furn | CORP | Personal | 8/1/2008 | Retired |
| 005000 | 005000-10 | FF&E | Furniture & Fixture-Travelodge | Office Depot-File Cabinet-window off | CORP | Personal | 8/1/2008 | Retired |
| 006000 | 006000-1 | COMP EQUIP | Computers & Equipment-Travelodge | ① Travelodge Furniture-refurbishment | PARCEL2-BP | Personal | 1/1/2002 | Active |
| 006000 | 006000-2 | COMP EQUIP | Computers & Equipment + CORP | | | Personal | 1/1/2005 | Active |
| 006000 | 006000-3 | COMP EQUIP | Comp & Equip-Server-GP | Computers Melit Office-Blue Fish Solution | CORP | Personal | 4/15/2006 | Active |
| 006000 | 006000-4 | COMP EQUIP | Comp & Equip-GP Server Accessories | Server-GP-COW-B. Patterson Exp Rep | CORP | Personal | 4/15/2006 | Retired |
| 006000 | 006000-5 | COMP EQUIP | Comp & Equip-GP Server Accessories-Switch | GP Server Accessories-CDW | CORP | Personal | 4/1/2006 | Active |
| 006000 | 006000-6 | COMP EQUIP | Comp & Equip-Server Accessories | CDW Direct-SMC Tigerstack II 1000 4 8PT | CORP | Personal | 8/1/2005 | Active |
| 006000 | 006000-7 | COMP EQUIP | Comp & Equip-Workstation | Server APG Battery Backup / 1T LCD Rack | CORP | Personal | 8/1/2005 | Active |
| 006000 | 006000-8 | COMP EQUIP | Comp & Equip-Server Accessories | Workstation - Executive Office-CDW | CORP | Personal | 8/1/2006 | Active |
| 007000 | 007000-1 | SOFTWARE | Software-Great Plains | Software-GP-RSM McGladrey | CORP | Personal | 4/1/2003 | Active |
| 007000 | 007000-2 | SOFTWARE | Software-Great Plains | Software-GP-RSM McGladrey | CORP | Personal | 4/15/2003 | Active |
| 007000 | 007000-3 | SOFTWARE | Software-Great Plains-add'l user | Software-GP-add'l user-RSM McGladrey | CORP | Personal | 4/1/2003 | Active |
| 007000 | 007000-4 | SOFTWARE | Software-Security Software | Software-Security Software for Server | CORP | Personal | 5/1/2006 | Active |

① SEE TRAVELODGE INVENTORY (ATTACHED)

## Travelodge In-Room Inventory Count Sheet

| Sheet No. | 101809 | | Date | 10/18/2009 | |
|---|---|---|---|---|---|
| Performed By | Liz Morales | | Department | In-Room #104-348 | |
| Inventory No. | Item Description | Color/description | Quantity | Location | |
| | King mattresses | vary | 32 | Rooms between 106-348 | |
| | Double mattresses | Vary | 172 | Rooms between 106-348 | |
| | Dresser | Light oak | 118 | Rooms between 106-348 | |
| | Night stand | Light oak | 152 | Rooms between 106-348 | |
| | King headboard | Light oak | 32 | Rooms between 106-348 | |
| | Double headboard | Light oak | 172 | Rooms between 106-348 | |
| | 27" television | Black– Zenith or RCA | 119 | Rooms between 106-348 | |
| | HAVC – Wall units | Grey– Amana | 125 | Rooms between 106-348 | |
| | Hairdryer | White | 125 | Rooms between 106-348 | |
| | Coffeemaker | 4 cup/ blck | 125 | Rooms between 106-348 | |
| | Framed picture | Vary | 236 | Rooms between 106-348 | |
| | Desk | Light oak | 118 | Room between 106-348 exept rm 343 | |
| | Bed spread– doubles | Light green | 172 | Rooms between 106-348 | |
| | Bed spread–king | Light green | 32 | Rooms between 106-348 | |
| | Phone | Ivory | 126 | Rooms between 106-348 | |
| | Chair | Vary | 236 | Rooms between 106-348 | |
| | Shower curtain | Off white | 125 | Rooms between 106-348 | |
| | Floor lamp | Brass | 118 | Rooms between 106-348 | |
| | Desk lamp | Brass | 118 | Rooms between 106-348 exept rm 343 | |
| | Wall lamp | Brass | 118 | Rooms between 106-348 | |
| | Drapes (2 panels per room=1set) | Light green | 118 | Rooms between 106-348 | |
| Breakfast room 104 | Chairs | White | 10 | Room 104 chair broke 5/20 | |
| | Table | White/oak | 3 | Room 104 | |
| Breakfast room 105 | Chairs | White | 16 | Room 105 | |
| | Table | White/oak | 4 | Room 105 | |
| | 32" flat screen television | Blck | 1 | Room 105 | |
| Breakfast 104 | 2 freezers .7cu | White | 2 | Room 105 | |
| | 1 refrigerator | White | 1 | Room 105 | |
| | 4 12 cup coffee makers | Black | 4 | Room 105 | |
| Upgrade | New double Serta mattresses | White | 6 | 138,136,303 | |

| | | | | |
|---|---|---|---|---|
| | New night stand | Dark wood | 8 | 138,137,136,135,134,303,302 |
| | New desk with chair | Dark wood/ blck | 8 sets | 138,137,136,135,134,303,302,301 |
| | New large mirror | Dark wood | 7 | 138,137,136,135,134,303,302 |
| | New dresser | Dark wood | 7 | 138,137,136,135,134,303,302 |
| | New 32" tv | LG | 5 | 138,136,135,,303,302 |
| | New lamps | Silver | 16 | 138,137,136,135,134,303,302,301 |
| | New bathroom vanity w/ sink | Green top | 6 | 138,137,136,135,134,303 |
| | New wall paintings | Vary | 8 | 138,137,136,135,134,303,302,301 |
| | New sliding doors to patios | Brown | 5 | 138,137,136,135,134 |
| One was damaged | New double bed spreads | Navy blue | 05 | 136,138,303 |
| | New king bed spreads | Navy blue | 4 | 137,135,134,302 |
| | New Serta king mattresses | Navy blue | 4 | 137,135,134,302 |
| | New 47" LG TV | Black | 1 | 301 |
| | New bathroom vanity w/sink | Black top | 1 | 302 |
| | New closet mirrored sliding doors | Mirror | 2sets | 302 |
| | New guest chair | Brown | 1 | 302 |
| | New built in headboards | Blue | 9 | 138,137,136,135,134,303 |
| | New drapes | Blue | 9sets | 138,137,136,135,134,303,302,301 |
| | Guest Couch | Brown | 1 | 301 |
| | Guest chairs | Tan w/ stripes | 2 | 301 |
| | Large round glass table w/4chairs | Gold | 1set | 301 |
| | 1 small round bar table | Silver | 1 | 301 |
| | Bar stools | Red | 4 | 301 |
| | Flower arrangements | 2 | Vary | 301 |
| | Sony 32" plasma TV | | 1 | 137 |
| | Dynex 32" plasma TV | | 1 | 134 |

Room 137 LG tv stolen from room 4/12, police report filed= replaced w/ Sony
Room 134 LG tv stolen from room 5/20 police report filed = replaced w. Dynex

## Inventory Front Desk/Back Office

| Sheet No. | 1D1809 | | | Date | 10/18/09 | |
|---|---|---|---|---|---|---|
| Performed By | Liz Morales | | | Department | Front desk & back office | |
| P19W ACCER | FLAT SCREEN MONITOR | | | 01 | Back office | |
| 817234U 4CLCZ7W | IBM PC | | | 01 | Node# 03 | |
| 1S6636AC1V1D6887 | IBM MONITOR | | | 01 | Node# 03 | |
| 11S26K1223YJ1V8KH73241 | IBM PC | | | 01 | Node# 02 | |
| 1S6636AC1V1D6890 | IBM MONITOR | | | 01 | Node# 02 | |
| 817234U LKLCY4R | IBM PC | | | 01 | Node# 01 | |
| 1S6636AC1V1D6854 | IBM MONITOR | | | 01 | Node# 01 | |
| 8144WTT LKKAH4N | IBM SERVER PC | | | 01 | Server | |
| 1S6636AC 1V1D6886 | IBM MONITOR | | | 01 | Server | |
| JCCPMF1 | DELL PC | | | 01 | Back office | |
| WZQD033015433015439U | XTREME FLAT MONITOR | Broke | | 01 | Back office | |
| Lexmark E250dn | PRINTER | | | 01 | Bank office | |
| 792BVXR | LEXMARK PRINTER | | | 01 | Front desk | |
| CNAC81X1FK | HP LASERJET PRINTER | | | 01 | Front desk | |
| EPSON C88+ | COLOR PRINTER | Broke | | 01 | Back office | |
| AMANO TCX-11 | TIME CLOCK | | | 01 | Back office | |
| RPABB6445 | LCD CONSOLE- MITEL | | | 01 | Front desk | |
| BE AAA 1560 | MITEL PHONE SYSTEM SX 200A | | | 01 | Back office | |
| 0611DT6681 | VINGCARD KEY CONTROLLER | | | 01 | Front desk | |
| CNRK 369202 | HP LASERJET 3055-FAX/COPY | | | 01 | Front desk | |
| A236073 | SAFE | | | 01 | Front desk | |
| | CHAIRS | | | 03 | Lobby | |
| | BUFFETT TABLE | | | 01 | Lobby | |
| | CHAIRS | | | 03 | Back office | |
| | FILING CABINETS | | | 02 | Back office | |
| | DESK | | | 02 | Back office | |
| | FRONT DESK COUNTER | | | 01 | Front desk | |
| | REFRIGERATOR | | | 01 | Front desk | |
| | MICROWAVE | | | 01 | Front desk | |
| 002481345COE | COLOR PRINTER | | | 01 | Back office | |

## Inventory Pool Furniture

| Sheet No. | 101809 | | | Date | 10/18/09 | |
|---|---|---|---|---|---|---|
| Performed By | Liz Morales | | | Department | Pool | |
| Inventory No. | Item Description | | | Quantity | Location | |
| | Round tables | Dark brown | | 05 | Pool | |
| | Chairs | Dark brown | | 20 | Pool | |
| | Lounge chaise | Dark brown | | 15 | Pool | |
| | Drink tables | Dark brown | | 07 | Pool | |
| | Chairs- extra | Dark brown | | 04 | Pool | |
| | Large flower arrangements | | | 03 | Pool | |

Inventory Storage room 201

| Sheet No. | 101809 | | | | Date | 101809 | |
|---|---|---|---|---|---|---|---|
| Performed By | Liz Morales | | | | Department | 201 | |
| Inventory No. | | Item Description | | | Quantity | | Location |
| | | Used Full size mattress | | | 03 | | 201 |
| | | Used King size box spring | | | 08 | | 201 |
| | | Used King size metal frame | | | 01 | | 201 |
| | | Used Full size metal frame | | | 03 | | 201 |
| | | Used Round room chairs | | | 07 | | 201 |
| | | Used Desk chairs | | | 04 | | 201 |
| | | Used Room pictures | | | 09 | | 201 |
| | | Used King size headboards | | | 04 | | 201 |
| | | Used Full size headboards | | | 06 | | 201 |
| | | Used Floor lamps | | | 08 | | 201 |
| | | Used desk lamps | | | 50 | | 201 |
| | | Used Bed lamps | | | 08 | | 201 |
| | | Metal folding chairs | | Brown | 07 | | 201 |
| | | Used monitors | | Silver | 04 | | 201 |
| | | Used Dressers –large | | Tan | 08 | | 201 |
| | | Used nightstands | | Tan | 07 | | 201 |
| | | Used desk | | Tan | 04 | | 201 |
| | | Used 27" Phillips TV | | Black | 08 | | 201 |
| 2 broke | | Used 27" RCA TV | | Black | 02 | | 201 |
| | | Used Luggage racks | | Metal | 28 | | 201 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Personal Property Inventory
MetroFlag Polo - Hawaiian Marketplace
Updated for July, 2005

| Qty | Item Description | Location | Year Purchased | Own/Lease | $ Value |
|---|---|---|---|---|---|
| 1 | 3-drawer file cabinet | 1 | 1999 | Own | $ 120.00 |
| 1 | 4-drawer file cabinet | 1 | 1999 | Own | $ 400.00 |
| 1 | Boom Lift | 1 | 2004 | Own | $ 12,500.00 |
| 226 | Chairs - Food Court | 1 | 2004 | Own | $ 50,452.70 |
| 12 | Cool Zone Fans (3 + 9) | 1 | 2004 | Own | $ 15,200.00 |
| 3 | Desk chairs | 1 | 1999 | Own | $ 435.00 |
| 3 | Desks | 1 | 2004 | Own | $ 450.00 |
| 6 | Display cases | 1 | 2004 | Own | $ 450.00 |
| 3 | Guest chairs | 1 | 2004 | Own | $ 37,900.00 |
|  | Hula Figures | 1 | 2004 | Own | $ 450.00 |
|  | Neon Lighting & Signage | 1 | 2004 | Own | $ 26,000.00 |
| 24 | Pushcarts | 1 | 2004 | Own | $ 46,500.00 |
| ** | Signage (inc. Pylon) - Young Electric | 1 | 2004 | Own | $ 115,200.00 |
| 120 | Tables - Food Court | 1 | 2004 | Own |  |
| 1 | Umbrellas | 1 | 2004 | Own | $ 62,432.43 |
|  | Warrior | 1 | 2004 | Own | $ 14,950.00 |
|  | Sound System | 2 | 2004 | Own | $ 27,000.00 |
|  | CCT (Surveillance system) | 3 | 2003 | Own | $ 352,000.00 |
| 1 | Computer | 4 | 2004 | Own | $ 73,500.00 |
| 1 | Dell Computer - Office | 4 | 2003 | Own | $ 1,000.00 |
| 1 | HP LaserJet 1300 Printer | 4 | 2004 | Own | $ 1,600.00 |
| 0 | Lap Top | 4 | 2004 | Own | $ 425.00 |
| 2 | LCD Monitors | 4 | 2003 | Own | $ 1,200.00 |
| 1 | Phone System | 4 | 2004 | Own | $ 1,050.00 |
| 0 | Radios - Hand held | 4 | 2004 | Own | $ 1,050.00 |
| 1 | Safe | 4 | 2004 | Own | $ 4,300.00 |
| 3 | Christmas Present Decorations | 7 | 2004 | Own | $ 1,500.00 |
| 1 | Large Christmas Tree | 1 | 2003 | Own | $ 150.00 |
| 1 | Small Christmas Tree | 1 | 2005 | Own | $ 500.00 |
|  |  | 1 | 2005 | Own | $ 3,500.00 |
|  |  | 1 | 2004 | Own | $ 100.00 |

**BUSINESS PERSONAL PROPERTY DECLARATION & ASSET LISTING**

Assessor ID#          95658

Business Name:        HAWAIIAN MARKET PLACE

Mailing Address:      %METRO FLAG POLO LLC
                      ATTN LINDA LAPITAN
                      3753 HOWARD HUGHES PKWY #101LAS VEGAS NV 89169

Location Address:     3743  S  LAS VEGAS  BLVD

Phone Number:         7952247

QUESTIONS

| |
|---|
| **1. Is the business information printed above correct? (Type YES or NO)** |
| (If "NO" please type corrections over the existing information) |
| **2. What is the business type? (example ~ book store)** |
| **3. Check and complete any of the following that apply:** |
| |
| |
| |
| **4. How is this account to be billed? (check one)** |
| |
| **5. Which information are you providing? (check one)** |
| |

| Asset ID #/or Serial # (optional) | Description | Year Acquired | Acquisition Cost | Category/# |
|---|---|---|---|---|
| | 3-DRAWER FILE CABINET | 1999 | 120 | 1 |
| | 4-DRAWER FILE CABINET | 1999 | 400 | 1 |
| | BOOM LIFT | 2004 | 12500 | 1 |
| | CHAIRS (231) FOOD COURT | 2004 | 51116.55 | 1 |
| | COOL ZONE FANS (3 + 9) | 2004 | 15200 | 1 |
| | DESK CHAIRS (3) | 1999 | 290 | 1 |
| | DESKS (2) | 2004 | 450 | 1 |
| | DISPLAY CASES (6) | 2004 | 37900 | 1 |
| | GUEST CHAIRS (4) | 2004 | 600 | 1 |
| | HULA FIGURES | 2004 | 26000 | 1 |
| | NEON LIGHTING & SIGNAGE | 2004 | 46500 | 1 |
| | PUSHCARTS (24) | 2004 | 100800 | 1 |
| | SIGNAGE (INC.PYLON) | 2004 | 1786620 | 1 |
| | TABLES (111) FOOD COURT | 2004 | 57750 | 1 |
| | WARRIOR | 2004 | 27000 | 1 |

| | | | | |
|---|---|---|---|---|
| | SOUND SYSTEM | 2003 | 352000 | 3 |
| | BROTHER INTELLIFAX 4100 FAX MACHINE | 2004 | 375 | 4 |
| | CCT (SURVEILLANCE SYSTEM) | 2004 | 73500 | 3 |
| | TOSHIBA COPIER | 2004 | 19080 | 3 |
| | DELL COMPUTER - OFFICE | 2004 | 1600 | 5 |
| | HP LASERJET 1300 PRINTER | 2004 | 425 | 5 |
| | LCD MONITORS (1) | 2004 | 525 | 5 |
| | PHONE SYSTEM | 2004 | 4300 | 4 |
| | SAFE | 2003 | 150 | 7 |
| | 8 LARGE WHITE UMBRELLAS | 2004 | 6400 | 3 |
| | 1 KIOSK | 2004 | 4500 | 1 |
| | 12 TRASH CANS | 2004 | 1800 | 1 |
| | 12 LARGE PLANTERS | 2004 | 8400 | 1 |
| | 37 MEDIUM PLANTERS | 2004 | 14800 | 1 |
| | 6 SMALL PLANTERS | 2004 | 1500 | 1 |
| | FAUX TREES | 2004 | 10000 | 1 |
| | FUJI DIGITAL CAMERA | 2005 | 300 | 4 |
| | HP COMPUTER | 2006 | 1472 | 5 |
| | LED SCREEN | 2006 | 639 | 5 |

**DOWNLOADED DECLARATION**

| | |
|---|---|
| Name: | METROFLAG MGMT |
| Contact Name: | LINDA LAPITAN |
| Contact Phone: | 9389876 |
| Email Address: | |
| Business Type: | MANAGEMENT COMPANY |

| | | | Effective date |
|---|---|---|---|
| ☐ | | New business | |
| ☐ | | Business reorganized | |
| ☐ | | Business sold | |
| ☐ | | Out of business | |
| ☐ | | Taxes are to be billed separately. | |
| ☐ | | Include with real property, parcel # | |
| ☐ | | Complete list download from prior year with no CHANGES | |
| ☐ | | Complete list download from prior year with CHANGES | |

| Ownership Status | Lessor or Lessee Name | Lessor or Lessee Address |
|---|---|---|
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Leased From Others | YOUNG ELECTRIC SIGN CO | LAS VEGAS NV |
| Owner | | |
| Owner | | |

| | | |
|---|---|---|
| Owner | | |
| Owner | | |
| Owner | | |
| Leased From Others | COPY CONCEPTS INC | PASADENA CA |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |
| Owner | | |

**ATTACHMENT QUESTION #35**

**Schedule of Prepaids Rollforward**
**FX Luxury**
**March 31, 2010**

| | Prepaid Account Number | Beginning Balance as of 2/28/2010 | Additions | Deletions | Adjustments | Ending Balance as of 3/31/2010 | Comments |
|---|---|---|---|---|---|---|---|
| **Security Deposits** | | | | | | | |
| 1) Yesco Security Deposit | 11950 | - | - | - | - | - | Deposit matures 7/09 |
| 2) Rent Security Deposit | 11950 | 37,482 | - | - | - | 37,482 | Howard Hughes Parkway Office |
| 2) Rent Security Deposit | 11950 | 2,805 | - | - | - | 2,805 | 7935 W Sahara Office |
| **Total Security Deposits** | | 40,287 | - | - | - | 40,287 | |
| **Taxes** | | | | | | | |
| 1) Property Taxes | 11800 | 483,501 | - | - | - | 483,501 | Q1 2010 paid 12/09 |
| **Total Taxes** | | 483,501 | - | - | - | 483,501 | |
| **Insurance** | | | | | | | |
| 1) Property Insurance | 11820 | 8,625 | - | (863) | - | 7,763 | New insurance policy expires 12/28/09 |
| **Total Insurance** | | 8,625 | - | (863) | - | 7,763 | |
| **Insurance** | | | | | | | |
| 1) Health Insurance - Executive Edge | 11825 | - | - | - | - | - | Prepaid balance to cover claims |
| **Total Insurance** | | - | - | - | - | - | |
| **Travelodge** | | | | | | | |
| 1) Prepaids | 11845 | 4,184 | - | - | - | 4,184 | Change per General Ledger Analysis |
| **Total Travelodge** | | 4,184 | - | - | - | 4,184 | |
| **Other** | | | | | | | |
| 1) Yesco | 11850 | - | - | - | - | - | |
| 2) Alarmco | 11850 | 80 | - | - | - | 80 | |
| 3) Health Plan of Nevada | 11850 | - | - | - | - | - | |
| 4) Office Expense - Various | 11850 | - | - | - | - | - | |
| 5) VSP | 11850 | - | - | - | - | - | |
| 6) Met Life | 11850 | - | - | - | - | - | |
| 7) Prepaid Office Rent | 11850 | 11,050 | - | (2,210) | - | 8,840 | 7935 W Sahara Office - 8/09 - 1/10; $2,805 per month |
| 8) Health Insurance - HPN COBRA | 11850 | - | - | - | - | - | |
| 9) Embarq | 11850 | - | - | - | - | - | |
| 10) By Dzign | 11850 | 649 | - | - | - | 649 | |
| 11) Schindler Elevator | 11850 | - | - | - | - | - | |
| 12) Siemens Building Contr - Fire | 11850 | - | - | - | - | - | |
| 13) Rent | 11850 | - | - | - | - | - | |
| 14) Mod Space | 11850 | - | - | - | - | - | |
| **Total Other** | | 11,779 | - | (2,210) | - | 9,569 | |
| **TOTAL PREPAIDS** | | 548,375 | - | (3,073) | - | 545,302 | |

B6D (Official Form 6D) (12/07)

In re    **FX Luxury Las Vegas I, LLC** _____,    Case No. _____

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | First Lien | | | | | |
| **Landesbank Baden-Wurttemberg New York Branch 280 Park Ave., 31st Fl., West Bldg. Attn: Robert Dowling New York, NY 10017** | X | - | | **APN Nos. 162-21-301-001, 162-21-301-003, 162-21-009, 162-21-301-14, 162-21-016 through 020** | | | | | |
| | | | | Value $          137,000,000.00 | | | | 268,115,868.07 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| **0**  continuation sheets attached | | Subtotal (Total of this page) | 268,115,868.07 | 0.00 |
| | | Total (Report on Summary of Schedules) | 268,115,868.07 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **FX Luxury Las Vegas I, LLC**                                                                 Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **FX Luxury Las Vegas I, LLC**                                    Case No. _____
_____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | April 2010 | | | | | | |
| Gary McHenry FX Luxury Las Vegas I, LLC 7935 West Sahara Ave., Suite 102 Las Vegas, NV 89117 | - | | Wages | | | | 13,456.23 | 1,731.23 | 11,725.00 |
| Account No. | | | April 2010 | | | | | | |
| Renee Robillard FX Luxury Las Vegas I, LLC 7935 West Sahara Ave., Suite 102 Las Vegas, NV 89117 | - | | Wages | | | | 4,485.42 | 0.00 | 4,485.42 |
| Account No. | | | April 2010 | | | | | | |
| Wendy J. Ferriter FX Luxury Las Vegas I, LLC 7935 West Sahara Ave., Suite 102 Las Vegas, NV 89117 | - | | Wages | | | | 7,445.79 | 0.00 | 7,445.79 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to                                    Subtotal                           1,731.23
Schedule of Creditors Holding Unsecured Priority Claims                  (Total of this page)    25,387.44    23,656.21

B6E (Official Form 6E) (4/10) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
_____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | Semi-Annual Special Assessment Taxes APN 162-21-301-001, 162-21-301-003, 162-21-301-009, 162-21-301-014, 162-21-301-016 thru 020 | | | | | 160,379.85 | |
| **Clark County Assessor c/o Bankruptcy Clerk 500 S. Grand Central Pkwy. Box 551401 Las Vegas, NV 89155-1401** | - | | | | | | | 160,379.85 | 0.00 | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 160,379.85 |
| (Total of this page) | 160,379.85 | 0.00 |
| Total | | 162,111.08 |
| (Report on Summary of Schedules) | 185,767.29 | 23,656.21 |

B6F (Official Form 6F) (12/07)

In re   **FX Luxury Las Vegas I, LLC**                                              Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Tenant security deposit units 101-102, held in Receiver's bank account | | | | |
| **12345, Inc. dba One Stop Market 5610 South Valley View Blvd. Suite 112 Las Vegas, NV 89118** | - | | | | | X | X | | 25,680.00 |
| Account No. | | | | | Tenant security deposit unit 101A, held in Receiver's bank account | | | | |
| **7-Eleven 5820 Stoneridge Mill Road Pleasanton, CA 94566** | - | | | | | X | X | | 31,121.00 |
| Account No. | | | | | Tenant security deposit unit 3729, held in Receiver's bank account | | | | |
| **Arelni Modulars 2000 South Las Vegas Blvd. Suite 49 Las Vegas, NV 89104-2507** | - | | | | | X | X | | 86,313.60 |
| Account No. | | | | | Tenant security deposit units 104-106, held in Receiver's bank account | | | | |
| **Arelni, LLC dba Viva Vegas Gifts 2000 South Las Vegas Blvd. Suite 49 Las Vegas, NV 89104-2507** | - | | | | | X | X | | 36,000.00 |

__12__  continuation sheets attached

Subtotal
(Total of this page)                 179,114.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                            Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ariel US, LLC** <br> **604 Cody Pass** <br> **Las Vegas, NV 89128** | - | | Security deposit cart A, held in Receiver's bank account | X | X | | 7,000.00 |
| Account No. <br><br> **Avzelli** <br> **10548 Gibbous Moon Drive** <br> **Las Vegas, NV 89129** | - | | Security deposit cart W, held in Receiver's bank account | X | X | | 5,000.00 |
| Account No. <br><br> **Barbara Ochoa** <br> **c/o Thomas Christensen, Esq.** <br> **Christensen Law Offices** <br> **1000 S. Valley View Blvd.** <br> **Las Vegas, NV 89107** | - | | Pending Litigation | X | X | X | Unknown |
| Account No. <br><br> **Beauty Spa, LLC** <br> **3884 Schiff Drive** <br> **Las Vegas, NV 89103** | - | | Tenant security deposit unit 124, held in Receiver's bank account | X | X | | 12,000.00 |
| Account No. <br><br> **Blatteis & Schnur, Inc.** <br> **1940 Century Park East #200** <br> **Los Angeles, CA 90067** | - | | Leasing commission to broker | | | | 20,000.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  44,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                               Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Brownstein Hyatt Farber Schreck, P.C. 410 Seventeenth St., 22nd Floor Denver, CO 80202-4437 | - | | Fatburger litigation | | | | 8,000.00 |
| Account No.  Cheng Liu 6248 Winston Falls Avenue Las Vegas, NV 89139 | - | | Security deposit cart L and cart N, held in Receiver's bank account | X | X | | 8,000.00 |
| Account No.  Christian Design Apparel 9413 Greenville Avenue Las Vegas, NV 89134 | - | | Tenant security deposit for units 118 and 119 and security deposit for carts M and X, held in Receiver's bank account | X | X | | 16,250.00 |
| Account No.  Commerce CRG of Nevada 3800 Howard Hughes Parkway, #1200 Las Vegas, NV 89169 | - | | 3/31/10 Salary/Management Fees | | | | 3,123.96 |
| Account No.  Cover-Up Towel 8255 S. Las Vegas Blvd. #315 Las Vegas, NV 89123 | - | | Tenant security deposit kiosk U, held in Receiver's bank account | X | X | | 3,000.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          38,373.96

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
                                              ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tenant security deposit units 101B, 102 and 103, held in Receiver's bank account | | | | |
| Crazy Eli/Fabulous Vegas, LLC 6130 West Flamingo Road, Suite 402 Las Vegas, NV 89103 | - | | | | X | X | | |
| | | | | | | | | 96,337.00 |
| Account No. | | | | Security deposit cart R, held in Receiver's bank account | | | | |
| Do It Mardi-Gras Style 8327 Feather Duster Court Las Vegas, NV 89113 | - | | | | X | X | | |
| | | | | | | | | 3,500.00 |
| Account No. | | | | Breach of Contract claim Subject to setoff | | | | |
| Dolley De Leon 2770 Maryland Parkway, #417 Las Vegas, NV 89109 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Security deposit cart G, held in Receiver's bank account | | | | |
| Doytchev, LLC dba Vegas Silver Rings and Opal 7360 Carrot Ridge Street Las Vegas, NV 89139 | - | | | | X | X | | |
| | | | | | | | | 5,500.00 |
| Account No. | | | | Tenant security deposit unit 109, held in Receiver's bank account | | | | |
| Eli Elezia and Pini Cabvz d/b/a Photo Lab 5160 South Valley View Blvd. Suite 112 Las Vegas, NV 89118 | - | | | | X | X | | |
| | | | | | | | | 18,000.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **123,337.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                                     Case No. _____

_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tenant security deposit unit 3763A, held in Receiver's bank account | | | | |
| Fatburger Corporation 301 Arizona Avenue Suite 200 Santa Monica, CA 90401 | - | | | X | X | | 4,284.00 |
| Account No. | | | Tenant security deposit unit 120, held in Receiver's bank account | | | | |
| Fed Promotion Co. 623 West Camino Real Avenue Arcadia, CA 91077 | - | | | X | X | | 7,250.00 |
| Account No. | | | Tenant security deposit cart F | | | | |
| G&M Technology dba Gadget World 5688 Wild Olive Street Las Vegas, NV 89118 | - | | | X | X | | 8,000.00 |
| Account No. | | | Copiers service/maintenance | | | | |
| GE Capital Corp. P. O. Box 31001-0271 Pasadena, CA 91110-0271 | - | | | | | X | 8,463.61 |
| Account No. | | | Legal Fees Loan Agreement Restructure | | | | |
| Haynes & Boone, LLP Attn: Lenard M. Parkins 1221 Avenue of the Americas, 26th Floor New York, NY 10022-1007 | - | | | | | | 82,573.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                        110,570.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                          Case No. _____
                                                                        ,
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tenant security deposit unit 205, held in Receiver's bank account | | | | |
| HGD, Inc.<br>dba Tamba Restaurant<br>3743 South Las Vegas Blvd.<br>Suite 205<br>Las Vegas, NV 89109 | - | | | X | X | | 24,000.00 |
| Account No. | | | Tenant security deposit units 107-108, held in Receiver's bank account | | | | |
| Higuchi Developer, Inc.<br>dba T-Shirts Plus<br>5160 S. Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | - | | | X | X | | 24,000.00 |
| Account No. | | | Tenant security deposit cart P | | | | |
| Hot Hats<br>3160 Batavia Drive<br>Las Vegas, NV 89102 | - | | | | | | 3,000.00 |
| Account No. | | | Security deposit cart E, held in Receiver's bank account | | | | |
| Impressive<br>4001 South Decatur Blvd.<br>Suite 37503<br>Las Vegas, NV 89103 | - | | | X | X | | 4,000.00 |
| Account No. | | | Tenant security deposit unit 3765B-F, held in Receiver's bank account | | | | |
| ITCO Corporation<br>3765 South Las Vegas Blvd.<br>Suite B-F<br>Las Vegas, NV 89109 | - | | | X | X | | 19,084.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    74,084.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                      Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Utility Relocation Costs | | | | |
| JBA Consulting Engineers, Inc. 5155 West Patrick Lane Las Vegas, NV 89118 | - | | | | | | | 12,586.00 |
| Account No. | | | | Broker commissions | | | | |
| Jeff Carlis 1350 East Flamingo Road #509 Las Vegas, NV 89119 | - | | | | | | | 7,992.00 |
| Account No. | | | | Legal services | | | | |
| Kaempfer Crowell Bonner 3800 Howard Hughes Parkway 7th Floor Las Vegas, NV 89169 | - | | | | | | | 4,300.00 |
| Account No. | | | | 01/29/10 Pending litigation | X | X | X | |
| Kyle Freeman c/o Keith E. Galliher, Jr., Esq. The Galliher Law Firm 1850 E. Sahara Avenue, Suite 107 Las Vegas, NV 89104 | - | | | | | | | Unknown |
| Account No. | | | | Tenant security deposit unit 121, held in Receiver's bank account | X | X | | |
| Lali Smoke Shop & Snacks 3952 Captain Jon Avenue Las Vegas, NV 89104 | - | | | | | | | 12,500.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 37,378.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 3/31/10 Receiver fees, legal fees | | | | |
| Larry L. Bertsch CPA & Associates 285 E. Warm Springs Road, #102 Las Vegas, NV 89119 | - | | | | | | 16,878.97 |
| Account No. | | | Tenant security deposit unit 117-B, held in Receiver's bank account | | | | |
| LCGJ Enterprises dba Kapit Bahay Filipino Restaurant 4115 Spring Mountain Road Suite 105 Las Vegas, NV 89102 | - | | | X | X | | 10,000.00 |
| Account No. | | | Research Services | | | | |
| Lexis Nexis 1275 Broadway Albany, NY 12204 | - | | | | | | 6,000.00 |
| Account No. | | | Surveying and Engineering Costs | | | | |
| Lochsa Engineering 6345 South Jones Blvd., Suite 100 Las Vegas, NV 89118 | - | | | | | | 50,000.00 |
| Account No. | | | Security deposit cart D, held in Receiver's bank account | | | | |
| Make Me Laugh 14004 Palawan Way, PH5 Marina Del Rey, CA 90292 | - | | | X | X | | 7,000.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,878.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **FX Luxury Las Vegas I, LLC** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Security deposit cart H, held in Receiver's bank account | | | | |
| **Maruti T-Shirts and Caps** **3952 Captain Jon Avenue** **Las Vegas, NV 89104** | | | - | | | X | X | | |
| | | | | | | | | | 4,000.00 |
| Account No. | | | | | Sept. 2008 Legionnaires Claim | | | | |
| **Nancy and Mitch Sever** **c/o Law Office of Dennis A. Sever, PLLC** **2826 South Carriage Lane, Suite 100** **Mesa, AZ 85202** | | | - | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Second Lien | | | | |
| **Nex Bank** **c/o Haynes and Boone, LLP** **Attn: Lenard M. Parkins** **1221 Avenue of the Americas, 26th Fl.** **New York, NY 10020** | X | | - | | | | | | |
| | | | | | | | | | 223,079,202.00 |
| Account No. | | | | | Office supplies | | | | |
| **Office Depot Credit Plan** **P.O. Box 689020** **Des Moines, IA 50368-9020** | | | - | | | | | | |
| | | | | | | | | | 4,368.18 |
| Account No. | | | | | Security deposit cart K, held in Receiver's bank account | | | | |
| **Rant and Rave** **11271 Ventura Blvd., Suite 453** **Studio City, CA 91604** | | | - | | | X | X | | |
| | | | | | | | | | 5,416.67 |

Sheet no. __8__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  223,092,986.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Security deposit cart I, held in Receiver's bank account | | | | |
| Raptor, LLC dba NYS Sunglasses 10125 Somerdale Court Las Vegas, NV 89148 | - | | | X | X | | 6,000.00 |
| Account No. | | | Tenant security deposit units 3763C-G and 3763EE, held in Receiver's bank account | | | | |
| Sahara Land, Inc. dba Alan Albert's Steak House 3763 South Las Vegas Blvd. Suite EE Las Vegas, NV 89109 | - | | | X | X | | 20,000.00 |
| Account No. | | | Tenant security deposit unit 103, held in Receiver's bank account | | | | |
| Sarja Narang Leather Look's 3755 South Las Vegas Blvd. Suite 103 Las Vegas, NV 89109 | - | | | X | X | | 24,000.00 |
| Account No. | | | Security deposit cart S, held in Receiver's bank account | | | | |
| Sketchers III/Nevada Cell 639 Oakmont Avenue Las Vegas, NV 89109 | - | | | X | X | | 2,500.00 |
| Account No. | | | Legal services | | | | |
| Snell & Wilmer LLP One Arizona Center Phoenix, AZ 85004 | - | | | | | | 1,103.10 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,603.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tenant security deposit unit 104SW, held in Receiver's bank account | | | | |
| Sunglass Hut International 4000 Luxottica Place Mason, OH 45040 | - | | | | | X | X | | |
| | | | | | | | | | 10,000.00 |
| Account No. | | | | | Tenant security deposit unit 104, held in Receiver's bank account | | | | |
| The Cristcat Group, Inc. dba Zingers 2934 1/2 Beverly Glen Circle Suite 405 Sherman Oaks, CA 91403 | - | | | | | X | X | | |
| | | | | | | | | | 34,000.00 |
| Account No. | | | | | Security deposit cart SW4, held in Receivers bank account | | | | |
| The Flashing Company, Inc. dba Flash Wear 1925 Kalakaua Avenue #1403 Honolulu, HI 96815 | - | | | | | X | X | | |
| | | | | | | | | | 5,000.00 |
| Account No. | | | | | Security deposit for building lease | | | | |
| Thunderbolt Associates, LLC Harley Davidson Cafe Attn: Mark Packer 888 7th Avenue New York, NY 10126 | - | | | | | X | X | | |
| | | | | | | | | | 130,683.05 |
| Account No. | | | | | Security deposit cart R, held in Receiver's bank account | | | | |
| Vanity Engraving Station 3952 Captain Jon Avenue Las Vegas, NV 89104 | - | | | | | X | X | | |
| | | | | | | | | | 4,000.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    183,683.05

B6F (Official Form 6F) (12/07) - Cont.

In re     FX Luxury Las Vegas I, LLC                                          Case No. _____

_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Security service | | | | |
| Wackenhut 628 S. Valley View Blvd. #314 Las Vegas, NV 89118 | - | | | | | | | Unknown |
| Account No. | | | | Tenant security deposit cart B, held in Receiver's bank account | | | | |
| West Coast Wraps 5353 West Desert Inn Road Suite 1142 Las Vegas, NV 89146 | - | | | | X | X | | 5,500.00 |
| Account No. | | | | Tenant security deposit unit 117-A, held in Receiver's bank account | | | | |
| Yokahama Okadaya 3743 South Las Vegas Blvd. Suite 117A Las Vegas, NV 89109 | - | | | | X | X | | 26,784.00 |
| Account No. | | | | Consulting fees, employment posters | | | | |
| York Holmes Consulting, Inc. PO Box 1278 Hermosa Beach, CA 90254 | - | | | | | | | 1,005.25 |
| Account No. | | | | Purchase of sign/sign maintenance | | | | |
| Young Electric Sign Company P.O. Box 11676 Tacoma, WA 98411 | - | | | | | | | 50,000.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                83,289.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FX Luxury Las Vegas I, LLC** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**YWS Architects**<br>**5005 West Patrick Lane**<br>**Las Vegas, NV 89118** | | - | **Architectural fees** | | | | 156,102.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 156,102.00 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 224,266,401.39 |

B6G (Official Form 6G) (12/07)

In re    **FX Luxury Las Vegas I, LLC**                                          Case No. _____
_____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **12345, Inc. dba One Stop Market**<br>**5610 South Valley View Blvd.**<br>**Suite 112**<br>**Las Vegas, NV 89118** | **Debtor is Landlord under lease of non-residential real property units 101-102** |
| **7-Eleven**<br>**5820 Stoneridge Mill Road**<br>**Pleasanton, CA 94566** | **Debtor is Landlord under lease of non-residential real property unit 101 A** |
| **Adventure International**<br>**9703 Newport Court Circle**<br>**Las Vegas, NV 89147** | **Debtor is Landlord under lease of non-residential real property unit 3735-A-B** |
| **Alarmco, Inc.**<br>**2007 Las Vegas Boulevard South**<br>**Las Vegas, NV 89107** | **Debtor is owner under Service Contract Fire Alarm Installation and Monitoring dated 10/1/08, month to month** |
| **Alpine Springs Bottled Water**<br>**P.O. Box 27775**<br>**Las Vegas, NV 89126-1775** | **Customer Lease/Service Agreement dated 6/17/05** |
| **Arelni Modulars**<br>**2000 South Las Vegas Blvd.**<br>**Suite 49**<br>**Las Vegas, NV 89104-2507** | **Debtor is Landlord under lease of non-residential real property unit 3729** |
| **Arelni, LLC**<br>**2000 South Las Vegas Boulevard**<br>**Suite 49**<br>**Las Vegas, NV 89104-2507** | **Debtor is Landlord under lease of non-residential real property unit 3735- C-D** |
| **Arelni, LLC**<br>**dba Viva Vegas Gifts**<br>**2000 South Las Vegas Blvd.**<br>**Suite 49**<br>**Las Vegas, NV 89104-2507** | **Debtor is Landlord under lease of non-residential real property units 104-106** |
| **Ariel US, LLC**<br>**604 Cody Pass**<br>**Las Vegas, NV 89128** | **Debtor is Lessor under lease of cart A** |
| **Avzelli**<br>**10548 Gibbous Moon Drive**<br>**Las Vegas, NV 89129** | **Debtor is Lessor under lease of cart W** |

**6**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
                                                    ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Beauty Spa, LLC**<br>**3884 Schiff Drive**<br>**Las Vegas, NV 89103** | **Debtor is Landlord under lease of non-residential real property unit 124m and cart lease ZA** |
| **Blatteis & Schnur, Inc.**<br>**1940 Century Park East #200**<br>**Los Angeles, CA 90067** | **Exclusive Right to Lease (Polo Marketplace) dated 10/02** |
| **Casino Lighting & Sign, Inc.**<br>**3665 W. Diablo Drive**<br>**Las Vegas, NV 89118** | **Service Agreement Sign Maintenance dated 4/29/05, month to month** |
| **Central ATM**<br>**Central Pay Phone**<br>**3210 Ashby Avenue**<br>**Las Vegas, NV 89102** | **Service Contract Installation and Maintenance of ATM's dated 4/8/04, month to month** |
| **Central Pay Phone**<br>**3210 Ashby Avenue**<br>**Las Vegas, NV 89102** | **Service Contract Installation and Service of Pay Phones dated 4/8/04, month to month** |
| **Century Link**<br>**900 Springmill Road**<br>**Mailstop: OHMANJ0101**<br>**Mansfield, OH 44906** | **Bundled Block of Time Sales Agreement dated 1/22/08** |
| **Cheng Liu**<br>**6248 Winston Falls Avenue**<br>**Las Vegas, NV 89139** | **Debtor is Lessor under lease of cart L** |
| **Christian Design Apparel**<br>**9413 Greenville Avenue**<br>**Las Vegas, NV 89134** | **Debtor is Landlord under lease of non-residential real property units 118, 119 and lease for carts M & X** |
| **CIT Technology Fin. Serv., Inc.**<br>**P.O. Box 1638**<br>**Livingston, NJ 07039** | **Debtor is Lessee under Equipment Lease Agreement dated 10/26/07** |
| **Cornejo Landscape**<br>**2333 Cordelia Street**<br>**Henderson, NV 89044** | **Debtor is owner under three Service Contracts for Landscape Services dated 12/16/07 for Hawaiian Market Plaza, Cable Center and Captor Plaza** |
| **Crazy Eli/Fabulous Vegas, LLC**<br>**6130 West Flamingo Road, Suite 402**<br>**Las Vegas, NV 89103** | **Debtor is Landlord under lease of non-residential real property units 101B, 102 and 103** |
| **Doytchev, LLC**<br>**dba Vegas Silver Rings and Opal**<br>**7360 Carrot Ridge Street**<br>**Las Vegas, NV 89139** | **Debtor is Lessor under lease of cart G** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     FX Luxury Las Vegas I, LLC                                           Case No. _____
_____,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Dream Car Rentals, Inc.<br>3729 South Las Vegas Boulevard, #D<br>Las Vegas, NV 89109 | Debtor is Landlord under lease of non-residential real property unit 3735 A |
| Dreams, Inc./Dreambears, LLC<br>Two South University Drive<br>Suite 325<br>Fort Lauderdale, FL 33324 | Debtor is Landlord under lease of non-residential real property unit 103 |
| Dreams, Inc./Dreamsport, LLC<br>Two South University Drive<br>Suite 325<br>Fort Lauderdale, FL 33324 | Debtor is Landlord under lease of non-residential real property units 101-102 |
| Eli Elezia and Pini Cabvz<br>d/b/a Photo Lab<br>5160 South Valley View Blvd.<br>Suite 112<br>Las Vegas, NV 89118 | Debtor is Landlord under lease of non-residential real property unit 109 |
| Fatburger Corporation<br>301 Arizona Avenue, Suite 200<br>Santa Monica, CA 90401 | Debtor is Landlord under lease of non-residential real property unit 3763A |
| Fed Promotion Co.<br>623 West Camino Real Avenue<br>Arcadia, CA 91077 | Debtor is Landlord under lease of non-residential real property unit 120 |
| Fernando Lau<br>Fed Promotion<br>P.O. Box 2111<br>Arcadia, CA 91077 | Debtor is Landlord under lease of non-residential real property unit 3763-B |
| FX Luxury Management, LLC<br>c/o FX Real Estate and Entertainment<br>Attn: Mitchell J. Nelson, Esq.<br>650 Madison Avenue<br>New York, NY 10022 | Shared Services Agreement |
| G&M Technology<br>dba Gadget World<br>5688 Wild Olive Street<br>Las Vegas, NV 89118 | Debtor is Lessor under lease of cart F |
| General Electric Capital Corporation<br>1961 Hirst Drive<br>Moberly, MO 65270 | Equipment Lease Agreement #7387451-003 dated 6/8/07 |
| HGD, Inc.<br>dba Tamba Restaurant<br>3743 South Las Vegas Blvd.<br>Suite 205<br>Las Vegas, NV 89109 | Debtor is Landlord under lease of non-residential real property unit 205 |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____

_____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Higuchi Developer, Inc. dba T-Shirts Plus 5160 S. Valley View Blvd. Suite 112 Las Vegas, NV 89118 | Debtor is Landlord under lease of non-residential real property units 107-108 |
| Hot Hats 3160 Batavia Drive Las Vegas, NV 89102 | Debtor is Lessor under lease of cart P |
| Impressive 4001 South Decatur Blvd. Suite 37503 Las Vegas, NV 89103 | Debtor is Lessor under lease of cart E |
| ITCO Corporation 3765 South Las Vegas Blvd. Suite B-F Las Vegas, NV 89109 | Debtor is Landlord under lease of non-residential real property unit 3765B-F |
| Jeff Carlis 1350 East Flamingo Road #509 Las Vegas, NV 89119 | Real Estate Broker Commission Agreement dated 5/10/06 |
| Jitendra Patel dba Ed Hardy Products 3958 Captain Jon Ave. Las Vegas, NV 89104 | Debtor is Lessor under lease of cart S |
| Kiran Patel & Alpesh Patel dba Lucky Engraving 2178 Alisa Maria Way Las Vegas, NV 89104 | Debtor is Landlord under lease of non-residential real property kiosk Q |
| Lali Smoke Shop & Snacks 3952 Captain Jon Avenue Las Vegas, NV 89104 | Debtor is Landlord under lease of non-residential real property unit 121 |
| Lamar Advertising Company 1863 Helm Drive Las Vegas, NV 89119 | Debtor is Lessor under month to month lease of 4 billboards for BP, Cable and Captor properties |
| Laser World 1517 W. Oakey Blvd. Las Vegas, NV 89102 | Copier Maintenance Agreement dated 6/12/08 |
| LCGJ Enterprises dba Kapit Bahay Filipino Restaurant 4115 Spring Mountain Road Suite 105 Las Vegas, NV 89102 | Debtor is Landlord under lease of non-residential real property unit 117-B |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

In re    **FX Luxury Las Vegas I, LLC**                                        Case No. _____
_____,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lucky Gaming**<br>**3952 Captain Jon Avenue**<br>**Las Vegas, NV 89104** | **Debtor is Lessor under lease of cart T** |
| **Make Me Laugh**<br>**14004 Palawan Way, PH5**<br>**Marina Del Rey, CA 90292** | **Debtor is Lessor under lease of cart D** |
| **Malecon Tobacco Company, LLC**<br>**(Partagas Cigar Factory)**<br>**1900 Western Avenue**<br>**Las Vegas, NV 89102** | **Debtor is Landlord under lease of non-residential real property unit 105** |
| **Marriott Ownership Resorts, Inc.**<br>**4530 South Decatur Boulevard**<br>**Las Vegas, NV 89103** | **Debtor is Landlord under parking lot lease (50 stalls)** |
| **Maruti T-Shirts and Caps**<br>**3952 Captain Jon Avenue**<br>**Las Vegas, NV 89104** | **Debtor is Lessor under lease of cart H** |
| **McDonalds Corporation**<br>**One McDonald's Plaza**<br>**Oak Brook, IL 60523** | **Debtor is Landlord under lease of non-residential real property units 110-112** |
| **Modular Space Corporation**<br>**12603 Collections Center Dr.**<br>**Chicago, IL 60693-0126** | **Operating Lease Agreement dated 4/22/09** |
| **Paramount Marketing Consultants, Inc.**<br>**6400 North Andrews Avenue**<br>**Suite 280**<br>**Fort Lauderdale, FL 33309** | **Debtor is Landlord under lease of non-residential real property kiosk B** |
| **Rant and Rave**<br>**11271 Ventura Blvd., Suite 453**<br>**Studio City, CA 91604** | **Debtor is Lessor under lease of cart K** |
| **Raptor, LLC**<br>**dba NYS Sunglasses**<br>**10125 Somerdale Court**<br>**Las Vegas, NV 89148** | **Debtor is Lessor under lease of cart I** |
| **Recall**<br>**One Recall Center**<br>**180 Technology Pkwy.**<br>**Norcross, GA 30092** | **Monthly Service Agreement Carton Retention dated 9/7/07 and Agreement for backup disk storage** |
| **S&W of Las Vegas, LLC**<br>**The Smith & Wollensky Restaurant Goup**<br>**Attn:  Eugene Zuriff**<br>**1114 First Avenue**<br>**New York, NY 10021** | **Debtor is Landlord under Building Lease** |

Sheet __4__ of __6__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re    FX Luxury Las Vegas I, LLC                                    Case No. _____

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Sarja Narang<br>Leather Look's<br>3755 South Las Vegas Blvd.<br>Suite 103<br>Las Vegas, NV 89109 | Debtor is Landlord under lease of non-residential real property unit 103 |
| Schindler Elevator Corporation<br>6265 South Valley View Blvd., Suite H<br>Las Vegas, NV 89118-6812 | Elevator Maintenance Contract dated |
| Siemens Fire Service, Inc.<br>c/o Siemens Building Technologies, Inc.<br>6295 S. Pearl St., Suite 200<br>Las Vegas, NV 89120 | Service Contract - Hawaiian Marketplace |
| Sketchers IV/Nevada Cell<br>639 Oakmont Avenue<br>Las Vegas, NV 89109 | Debtor is Lessor under lease of cart J |
| Southwest Building Repair<br>420 N. Nellis Blvd.<br>#A, PMB #269<br>Las Vegas, NV 89110 | Service Contract - Hawaiian Marketplace |
| Stanley Convergent<br>aka A-1 Security<br>817 South First Street<br>Las Vegas, NV 89101 | Alarm Monitoring Agreement dated 7/12/04, month to month |
| Sunglass Hut International<br>4000 Luxottica Place<br>Mason, OH 45040 | Debtor is Landlord under lease of non-residential real property unit 104 |
| The Cristcat Group, Inc.<br>dba Zingers<br>2934 1/2 Beverly Glen Circle<br>Suite 405<br>Sherman Oaks, CA 91403 | Debtor is Landlord under lease of non-residential real property unit 104 |
| The Cristcat Group, Inc.<br>dba Zingers<br>14724 Ventura Blvd.<br>Suite 1205<br>Sherman Oaks, CA 91403 | Debtor is Lessor under lease of cart SW1 |
| The Terminix International Co., LP<br>1856 Pama Lane<br>Las Vegas, NV 89119 | Service Contract -Hawaiian Marketplace |

Sheet __5__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    FX Luxury Las Vegas I, LLC          Case No. _____

,

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Thunderbolt Associates, LLC<br>Harley Davidson Cafe<br>Attn: Mark Packer<br>888 7th Avenue<br>New York, NY 10126 | Debtor is Landlord under building lease |
| Timothy Afzali<br>dba Afzalli Fashions<br>10748 Gibbons Moon Drive<br>Las Vegas, NV 89129 | Debtor is Landlord under lease of non-residential real property unit 105 |
| Tix4Tonight<br>12001 Ventura Place<br>Suite 340<br>Studio City, CA 91604 | Debtor is Landlord under lease of non-residential real property unit 122 |
| Wackenhut<br>628 S. Valley View Blvd. #314<br>Las Vegas, NV 89118 | Service Contract |
| Walgreens - Store#4763<br>1417 Lake Cook Road<br>Deerfield, IL 60015 | Debtor is Landlord under lease of non-residential real property unit 3765A |
| West Coast Wraps<br>5353 West Desert Inn Road<br>Suite 1142<br>Las Vegas, NV 89146 | Debtor is Lessor under lease of cart B |
| Westar Fire Protection, Inc.<br>5875 Service Ct.<br>Las Vegas, NV 89122 | Service Contract - Hawaiian Marketplace |
| WW Lodging Limited, LLC<br>Attn: Sue Eastman<br>1973 Friendship Drive<br>El Cajon, CA 92020 | Travelodge Hotel Management Agreement Dated February 1, 2002 |
| Yesco Electric Sign Co.<br>5119 S. Cameron St.<br>Las Vegas, NV 89118 | Sign Lease with purchase option/Maintenance Agreement - Hawaiian Marketplace |
| Yokohama Okadaya<br>3743 South Las Vegas Blvd.<br>Suite 117A<br>Las Vegas, NV 89109 | Debtor is Landlord under lease of non-residential real property unit 117-A |

Sheet __6__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **FX Luxury Las Vegas I, LLC**                                    Case No. _____
                                                                           _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **FX Luxury, LLC**<br>**fka FX Luxury Realty, LLC**<br>**7935 West Sahara Avenue**<br>**Suite 102**<br>**Las Vegas, NV 89117**<br>  **Guarantor Second Lien** | **Nex Bank**<br>**c/o Haynes and Boone, LLP**<br>**Attn: Lenard M. Parkins**<br>**1221 Avenue of the Americas, 26th Fl.**<br>**New York, NY 10020** |
| **FX Luxury, LLC**<br>**fka FX Luxury Realty, LLC**<br>**7935 West Sahara Ave**<br>**Sutie 102**<br>**Las Vegas, NV 89117**<br>  **Guarantor First Lien** | **Landesbank Baden-Wurttemberg**<br>**New York Branch**<br>**280 Park Ave., 31st Fl., West Bldg.**<br>**Attn: Robert Dowling**<br>**New York, NY 10017** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **FX Luxury Las Vegas I, LLC** _____    Case No. _____

    Debtor(s)    Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, Mitchell Nelson, President of FX Luxury Las Vegas I, LLC, the corporation named as debtor in this case,
declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date    **April 21, 2010** _____    Signature    **/s/ Mitchell Nelson** _____

    **Mitchell Nelson, President,**
    **FX Luxury Las Vegas I, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **FX Luxury Las Vegas I, LLC** _____   Case No. _____
                                    Debtor(s)                      Chapter   **11**   _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,610,271.00 | Income as of 03/31/10 |
| $17,260,018.00 | January - December 2009 |
| $19,482,576.00 | January - December 2008 |

2

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $95,359.00 | Jet Card transferred for cash |

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| Koll Canyon Plaza<br>7935 W. Sahara, Suite 101<br>Las Vegas, NV 89117 | February, 2010 | $13,260.00 | |

*Receiver may have made payments to creditors with funds advanced by First Lien Lenders which are not property of the Debtor.

None
☒

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☒

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| FX Luxury, LLC, Parent<br>7935 W. Sahara Ave., Suite 102<br>Las Vegas, NV 89117 | April 20, 2009-April 20, 2010 | $600,236.93* | |

*See breakdown of payments attached

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Landesbank Baden-Wurttemberg, New York Branch vs FX Luxury Las Vegas I, LLC, FX Luxury Las Vegas II, LLC, et al, Case No. A-09-591831-B | Complaint for Declaratory Relief and to Appoint Receiver | In the Eighth Judicial District Court, Clark County Nevada | Pending |
| Nexbank, SSB v. Landesbank Baden Wurttemberg, New York Branch, et al., Case No. 1:09-cv-09422-CM | Breach of Intercreditor Agreement | United States District Court, Southern District of New York | Dismissed |
| Metroflag BP, LLC v. 42nd Street Consultants, LLC and Alberta Creco, Case No. A542115 | Breach of Contract, Unjust Enrichment, Conversion | Eighth Judicial District Court, Clark County, Nevada | Dismissed |
| Kyle Freeman vs FX Luxury Las Vegas I, LLC A609195 | Negligence - Premises Liability | Eighth Judicial District Court, Clark County, Nevada | Pending |
| Barbara Ochoa vs Metroflag BP, LLC, et al. A558646 | Negligence - Other | Eighth Judicial District Court, Clark County, Nevada | Pending |
| Dolly De Leon vs Metroflag BP, LLC A546456 | Breach of Contract | Eighth Judicial District Court, Clark County, Nevada | Pending |
| Nancy and Mitch Sever c/o Law Office of Dennis A. Sever, PLLC 2826 South Carriage Lane, Suite 100 Mesa, AZ 85202 | Legionnaires Claim | | Insurance Claim |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Larry L. Bertsch, Receiver<br>Larry L. Bertsch, CPA & Associates, LLP<br>285 Warm Springs Road, #102<br>Las Vegas, NV 89119 | Eighth Judicial District Court,Clark County Nevada<br>Case No. A-09-591831 | June 23, 2009 | Nine contiguous tax parcels at the Southeast corner of Las Vegas Boulevard and Harmon Ave. in Clark County, identified as Assessor Parcel Nos. 162-21-301-001, 162-21-301-003, 162-21-301-009, 162-21-301-014, 162-21-301-016, 162-21-301-017, 162-21-301-018, 162-21-301-019 and 162-21-301-020, all revenues therefrom, if any |

**7. Gifts**

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sierra Consulting Group, LLC<br>Two North Central Avenue<br>Suite 700<br>Phoenix, AZ 85004 | 11/06/2009 | $10,000.00 |

5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Greenberg Traurig, LLP** **3773 Howard Hughes Parkway** **Suite 400** **Las Vegas, NV 89169** | **12/30/08 (services rendered in 11/2008)** | **$100,455.00** |
| | **12/1/2008 - 10/31/09** | **$623,297.77** |
| | **11/30/2009** | **$195,172.20** |
| **Brett Torino** | **4/19/10** | **$250,000.00** |
| **Robert Sillerman** | **4/19/10** | **$250,000.00** |
| **Paul Kanavos** | **4/20/10** | **$250,000.00** |
| **Fox Rothschild, LLP** **3800 Howard Hughes Parkway** **Suite 500** **Las Vegas, NV 89169** | **4/20/10** | **$1,039.00** |
| | **Payor: Greenberg Traurig, LLP** | |

**10. Other transfers**



None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



None

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America** **101 South Tryon St.** **Charlotte, NC 28255** | **Business checking account number 0049-6161-2368, final balance zero.** **Business checking account number 0049-6161-5475, final balance zero.** | **November 20, 2009** |

**12. Safe deposit boxes**



None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

**13. Setoffs**

None ☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Tenant Security Deposits | Tenant Security Deposits - $767,133.47 listed on schedule F | Held in Receiver bank account. |

**15. Prior address of debtor**

None ☐
If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 3753 Howard Hughes Parkway Suite 101 Las Vegas, NV 89169 | FX Luxury Las Vegas I, LLC | November, 2007 through January, 2008 |
| 3993 Howard Hughes Parkway Suite 459 Las Vegas, NV 89169 | FX Luxury Las Vegas, I, LLC | February, 2009 through July, 2009 |

**16. Spouses and Former Spouses**

None ☒
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☒
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None<br>☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None<br>☒    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None<br>☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None<br>☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lindo Lapitan, Controller**<br>**8045 Rio De Janeiro**<br>**Las Vegas, NV 89128** | **November, 2007 through March, 2008** |
| **Gary McHenry, Controller**<br>**10385 Grassyrock Court**<br>**Las Vegas, NV 89129** | **April, 2008 through present** |

None<br>☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|
| Ernst & Young | 380 Howard Hughes Parkway<br>Suite 1450<br>Las Vegas, NV 89169 | November, 2007 through June, 2009 |
| L.L. Bradford | 3441 S. Eastern Ave.<br>Las Vegas, NV 89169 | July, 2009 through present |

None ☒   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                  ADDRESS

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| Landesbank Baden-Wurttemberg<br>New York Branch<br>280 Park Avenue, 31st Fl.<br>West Building<br>New York, NY 10017 | Fiscal year 2007 and 2008 |
| Credit Suisse, Cayman Islands Branch<br>Eleven Madison Avenue<br>Attn: Agency Group<br>New York, NY 10010 | Fiscal year 2007 and 2008 |

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|---------------------|--------------------------------------------------------------------|

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| FX Luxury, LLC<br>7935 West Sahara Avenue<br>Suite 102<br>Las Vegas, NV 89117 | Equity | 100% |
| FXL, Inc.<br>7935 West Sahara Avenue<br>Suite 102<br>Las Vegas, NV 89117 | Managing member of FX Luxury, LLC, sole member of FX Luxury Las Vegas I, LLC | 100% of common interest in FX Luxury, LLC |
| Flag Luxury Properties, LLC | Owns entire priority interest in FX Luxury, LLC | |

None ⊠   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ⊠   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ⊠   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ⊠   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ⊠   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ⊠   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **April 21, 2010**     Signature   */s/Mitchell Nelson*
                                **Mitchell Nelson, President,**
                                **FX Luxury Las Vegas I, LLC**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# ATTACHMENT QUESTION 3(c)

**Transfers from FXLR**
**FX Luxury**
**April 20, 2009 through April 20, 2010**

| Date | Amount | Comment |
|------|--------|---------|
| 4/27/2009 | 62,100.00 | Payroll Transfer |
| 5/12/2009 | 7,362.21 | Payroll Transfer |
| 5/27/2009 | 32,500.00 | Payroll Transfer |
| 7/28/2009 | 60,595.00 | Payroll Transfer |
| 7/31/2009 | 16,830.00 | Expenses funded by Corp |
| 7/31/2009 | 52,805.00 | Expenses funded by Corp |
| 8/11/2009 | 36,002.63 | Payroll Transfer |
| 8/26/2009 | 34,209.23 | Payroll Transfer |
| 9/10/2009 | 34,030.91 | Payroll Transfer |
| 9/24/2009 | 32,095.76 | Payroll Transfer |
| 9/30/2009 | 7,500.00 | Expenses funded by Corp |
| 10/13/2009 | 25,982.05 | Payroll Transfer |
| 10/27/2009 | 33,593.33 | Payroll Transfer |
| 11/12/2009 | 13,649.90 | Payroll Transfer |
| 11/24/2009 | 15,421.57 | Payroll Transfer |
| 12/14/2009 | 15,184.54 | Payroll Transfer |
| 12/23/2009 | 18,339.66 | Payroll Transfer |
| 1/12/2010 | 14,143.72 | Payroll Transfer |
| 1/27/2010 | 12,693.72 | Payroll Transfer |
| 2/11/2010 | 13,184.83 | Payroll Transfer |
| 2/18/2010 | 13,260.00 | Expenses funded by Corp |
| 2/24/2010 | 20,411.13 | Payroll Transfer |
| 3/11/2010 | 15,648.02 | Payroll Transfer |
| 3/28/2010 | 12,693.72 | Payroll Transfer |
|  | 600,236.93 |  |

# United States Bankruptcy Court
## District of Nevada

In re    FX Luxury Las Vegas I, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FX Luxury, LLC**<br>**7935 West Sahara Avenue**<br>**Suite 102**<br>**Las Vegas, NV  89117** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Mitchell Nelson, the President of **FX Luxury Las Vegas I, LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 21, 2010**

Signature    */s/ Mitchell Nelson*

**Mitchell Nelson, President,**
**FX Luxury Las Vegas I, LLC**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re   **FX Luxury Las Vegas I, LLC** _____    Case No. _____

                                          Debtor(s)    Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, Mitchell Nelson, President of FX Luxury Las Vegas I, LLC, the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 21, 2010** _____      */s/Mitchell Nelson* _____
                                                       **Mitchell Nelson, President**
                                                       **FX Luxury Las Vegas I, LLC**

FX Luxury Las Vegas I, LLC
7935 West Sahara Avenue
Suite 102
Las Vegas, NV 89117

Adam D. Marshall
Greenberg Traurig
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

12345, Inc.
dba One Stop Market
5610 South Valley View Blvd.
Suite 112
Las Vegas, NV 89118

12345, Inc. dba One Stop Market
5610 South Valley View Blvd.
Suite 112
Las Vegas, NV 89118

7-Eleven
5820 Stoneridge Mill Road
Pleasanton, CA 94566

Adventure International
9703 Newport Court Circle
Las Vegas, NV 89147

Alarmco, Inc.
2007 Las Vegas Boulevard South
Las Vegas, NV 89107

Alpine Springs Bottled Water
P.O. Box 27775
Las Vegas, NV 89126-1775

Arelni Modulars
2000 South Las Vegas Blvd.
Suite 49
Las Vegas, NV 89104-2507

Arelni, LLC
dba Viva Vegas Gifts
2000 South Las Vegas Blvd.
Suite 49
Las Vegas, NV 89104-2507

Arelni, LLC
2000 South Las Vegas Boulevard
Suite 49
Las Vegas, NV 89104-2507

Ariel US, LLC
604 Cody Pass
Las Vegas, NV 89128

Avzelli
10548 Gibbous Moon Drive
Las Vegas, NV 89129

Barbara Ochoa
c/o Thomas Christensen, Esq.
Christensen Law Offices
1000 S. Valley View Blvd.
Las Vegas, NV 89107

Beauty Spa, LLC
3884 Schiff Drive
Las Vegas, NV 89103

Blatteis & Schnur, Inc.
1940 Century Park East #200
Los Angeles, CA 90067

Brownstein Hyatt Farber Schreck, P.C.
410 Seventeenth St., 22nd Floor
Denver, CO 80202-4437

Casino Lighting & Sign, Inc.
3665 W. Diablo Drive
Las Vegas, NV 89118

Central ATM
Central Pay Phone
3210 Ashby Avenue
Las Vegas, NV 89102

Central Pay Phone
3210 Ashby Avenue
Las Vegas, NV 89102

Century Link
900 Springmill Road
Mailstop: OHMANJ0101
Mansfield, OH 44906

Cheng Liu
6248 Winston Falls Avenue
Las Vegas, NV 89139

Christian Design Apparel
9413 Greenville Avenue
Las Vegas, NV 89134

CIT Technology Fin. Serv., Inc.
P.O. Box 1638
Livingston, NJ 07039

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551404
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Commerce CRG of Nevada
3800 Howard Hughes Parkway, #1200
Las Vegas, NV 89169

Cornejo Landscape
2333 Cordelia Street
Henderson, NV 89044

Cover-Up Towel
8255 S. Las Vegas Blvd. #315
Las Vegas, NV 89123

Crazy Eli/Fabulous Vegas, LLC
6130 West Flamingo Road, Suite 402
Las Vegas, NV 89103

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third St.
Carson City, NV 89713

Do It Mardi-Gras Style
8327 Feather Duster Court
Las Vegas, NV 89113

Dolley De Leon
2770 Maryland Parkway, #417
Las Vegas, NV 89109

Doytchev, LLC
dba Vegas Silver Rings and Opal
7360 Carrot Ridge Street
Las Vegas, NV 89139

Dream Car Rentals, Inc.
3729 South Las Vegas Boulevard, #D
Las Vegas, NV 89109

Dreams, Inc./Dreambears, LLC
Two South University Drive
Suite 325
Fort Lauderdale, FL 33324

Dreams, Inc./Dreamsport, LLC
Two South University Drive
Suite 325
Fort Lauderdale, FL 33324

Eli Elezia and Pini Cabvz
d/b/a Photo Lab
5160 South Valley View Blvd.
Suite 112
Las Vegas, NV 89118

Fatburger Corporation
301 Arizona Avenue, Suite 200
Santa Monica, CA 90401

Fed Promotion Co.
623 West Camino Real Avenue
Arcadia, CA 91077

Fernando Lau
Fed Promotion
P.O. Box 2111
Arcadia, CA 91077

FX Luxury Management, LLC
c/o FX Real Estate and Entertainment
Attn: Mitchell J. Nelson, Esq.
650 Madison Avenue
New York, NY 10022

FX Luxury, LLC
fka FX Luxury Realty, LLC
7935 West Sahara Avenue
Suite 102
Las Vegas, NV 89117

G&M Technology
dba Gadget World
5688 Wild Olive Street
Las Vegas, NV 89118

Gary McHenry
FX Luxury Las Vegas I, LLC
7935 West Sahara Ave., Suite 102
Las Vegas, NV 89117

GE Capital Corp.
P. O. Box 31001-0271
Pasadena, CA 91110-0271

General Electric Capital Corporation
1961 Hirst Drive
Moberly, MO 65270

Haynes & Boone, LLP
Attn: Lenard M. Parkins
1221 Avenue of the Americas, 26th Floor
New York, NY 10022-1007

HGD, Inc.
dba Tamba Restaurant
3743 South Las Vegas Blvd.
Suite 205
Las Vegas, NV 89109

Higuchi Developer, Inc.
dba T-Shirts Plus
5160 S. Valley View Blvd.
Suite 112
Las Vegas, NV 89118

Hot Hats
3160 Batavia Drive
Las Vegas, NV 89102

Impressive
4001 South Decatur Blvd.
Suite 37503
Las Vegas, NV 89103

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

ITCO Corporation
3765 South Las Vegas Blvd.
Suite B-F
Las Vegas, NV 89109

JBA Consulting Engineers, Inc.
5155 West Patrick Lane
Las Vegas, NV 89118

Jeanette McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd. #1
Las Vegas, NV 89146

Jeff Carlis
1350 East Flamingo Road #509
Las Vegas, NV 89119

Jitendra Patel
dba Ed Hardy Products
3958 Captain Jon Ave.
Las Vegas, NV 89104

Kaempfer Crowell Bonner
3800 Howard Hughes Parkway
7th Floor
Las Vegas, NV 89169

Kiran Patel & Alpesh Patel
dba Lucky Engraving
2178 Alisa Maria Way
Las Vegas, NV 89104

Kyle Freeman
c/o Keith E. Galliher, Jr., Esq.
The Galliher Law Firm
1850 E. Sahara Avenue, Suite 107
Las Vegas, NV 89104

Lali Smoke Shop & Snacks
3952 Captain Jon Avenue
Las Vegas, NV 89104

Lamar Advertising Company
1863 Helm Drive
Las Vegas, NV 89119

Landesbank Baden-Wurttemberg
New York Branch
280 Park Ave., 31st Fl., West Bldg.
Attn: Robert Dowling
New York, NY 10017

Larry L. Bertsch
CPA & Associates
285 E. Warm Springs Road, #102
Las Vegas, NV 89119

Laser World
1517 W. Oakey Blvd.
Las Vegas, NV 89102

LCGJ Enterprises
dba Kapit Bahay Filipino Restaurant
4115 Spring Mountain Road
Suite 105
Las Vegas, NV 89102

Lexis Nexis
1275 Broadway
Albany, NY 12204

Lochsa Engineering
6345 South Jones Blvd., Suite 100
Las Vegas, NV 89118

Lucky Gaming
3952 Captain Jon Avenue
Las Vegas, NV 89104

Make Me Laugh
14004 Palawan Way, PH5
Marina Del Rey, CA 90292

Malecon Tobacco Company, LLC
(Partagas Cigar Factory)
1900 Western Avenue
Las Vegas, NV 89102

Marriott Ownership Resorts
6649 Westwood Boulevard
Orlando, FL 32821

Marriott Ownership Resorts, Inc.
4530 South Decatur Boulevard
Las Vegas, NV 89103

Maruti T-Shirts and Caps
3952 Captain Jon Avenue
Las Vegas, NV 89104

McDonalds Corporation
One McDonald's Plaza
Oak Brook, IL 60523

Modular Space Corporation
12603 Collections Center Dr.
Chicago, IL 60693-0126

Nancy and Mitch Sever
c/o Law Office of Dennis A. Sever, PLLC
2826 South Carriage Lane, Suite 100
Mesa, AZ 85202

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Dept. of Employment, Training
Employment Security Division
500 East Third Street
Carson City, NV 89713

New Borrower
c/o Bryan Cave
1290 Avenue of the Americas
Attn: Bradford B. Lavender
New York, NY 10104-3300

Nex Bank
c/o Haynes and Boone, LLP
Attn: Lenard M. Parkins
1221 Avenue of the Americas, 26th Fl.
New York, NY 10020

NexBank, SSB
Attn: Jeff Scott
13455 Noel Road, Suite 2220
Dallas, TX 75240

Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

Paramount Marketing Consultants, Inc.
6400 North Andrews Avenue
Suite 280
Fort Lauderdale, FL 33309

Randolph L. Howard, Esq.
Kolesar & Leatham, Chtd.
3320 W. Sahara Ave. #380
Las Vegas, NV 89102

Rant and Rave
11271 Ventura Blvd., Suite 453
Studio City, CA 91604

Raptor, LLC
dba NYS Sunglasses
10125 Somerdale Court
Las Vegas, NV 89148

Recall
One Recall Center
180 Technology Pkwy.
Norcross, GA 30092

Renee Robillard
FX Luxury Las Vegas I, LLC
7935 West Sahara Ave., Suite 102
Las Vegas, NV 89117

S&W of Las Vegas, LLC
The Smith & Wollensky Restaurant Goup
Attn: Eugene Zuriff
1114 First Avenue
New York, NY 10021

Sahara Land, Inc.
dba Alan Albert's Steak House
3763 South Las Vegas Blvd.
Suite EE
Las Vegas, NV 89109

Sarja Narang
Leather Look's
3755 South Las Vegas Blvd.
Suite 103
Las Vegas, NV 89109

Schindler Elevator Corporation
6265 South Valley View Blvd., Suite H
Las Vegas, NV 89118-6812

Shearman & Sterling LLP
599 Lexington Avenue
Attn: Robert Fagiola/Michael Torkin
New York, NY 10022

Siemens Fire Service, Inc.
c/o Siemens Building Technologies, Inc.
6295 S. Pearl St., Suite 200
Las Vegas, NV 89120

Sketchers III/Nevada Cell
639 Oakmont Avenue
Las Vegas, NV 89109

Sketchers IV/Nevada Cell
639 Oakmont Avenue
Las Vegas, NV 89109

Snell & Wilmer LLP
One Arizona Center
Phoenix, AZ 85004

Southwest Building Repair
420 N. Nellis Blvd.
#A, PMB #269
Las Vegas, NV 89110

Stanley Convergent
aka A-1 Security
817 South First Street
Las Vegas, NV 89101

State of Nevada Dept. of
Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Sunglass Hut International
4000 Luxottica Place
Mason, OH 45040

The Cristcat Group, Inc.
dba Zingers
2934 1/2 Beverly Glen Circle
Suite 405
Sherman Oaks, CA 91403

The Cristcat Group, Inc.
dba Zingers
14724 Ventura Blvd.
Suite 1205
Sherman Oaks, CA 91403

The Flashing Company, Inc.
dba Flash Wear
1925 Kalakaua Avenue #1403
Honolulu, HI 96815

The Terminix International Co., LP
1856 Pama Lane
Las Vegas, NV 89119

Thunderbolt Associates, LLC
Harley Davidson Cafe
Attn: Mark Packer
888 7th Avenue
New York, NY 10126

Timothy Afzali
dba Afzalli Fashions
10748 Gibbons Moon Drive
Las Vegas, NV 89129

Tix4Tonight
12001 Ventura Place
Suite 340
Studio City, CA 91604

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Vanity Engraving Station
3952 Captain Jon Avenue
Las Vegas, NV 89104

Wackenhut
628 S. Valley View Blvd. #314
Las Vegas, NV 89118

Walgreens - Store#4763
1417 Lake Cook Road
Deerfield, IL 60015

Wendy J. Ferriter
FX Luxury Las Vegas I, LLC
7935 West Sahara Ave., Suite 102
Las Vegas, NV 89117

West Coast Wraps
5353 West Desert Inn Road
Suite 1142
Las Vegas, NV 89146

Westar Fire Protection, Inc.
5875 Service Ct.
Las Vegas, NV 89122

Westlodge Hospitality, Inc.
dba Travelodge
1825 Gillespie Way, Suite 101
El Cajon, CA 92020

WW Lodging Limited, LLC
Attn: Sue Eastman
1973 Friendship Drive
El Cajon, CA 92020

Yesco Electric Sign Co.
5119 S. Cameron St.
Las Vegas, NV 89118

Yokahama Okadaya
3743 South Las Vegas Blvd.
Suite 117A
Las Vegas, NV 89109

Yokohama Okadaya
3743 South Las Vegas Blvd.
Suite 117A
Las Vegas, NV 89109

York Holmes Consulting, Inc.
PO Box 1278
Hermosa Beach, CA 90254

Young Electric Sign Company
P.O. Box 11676
Tacoma, WA 98411

YWS Architects
5005 West Patrick Lane
Las Vegas, NV 89118

# United States Bankruptcy Court
## District of Nevada

In re    FX Luxury Las Vegas I, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   FX Luxury Las Vegas I, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

FX Luxury, LLC
7935 West Sahara Avenue
Suite 102
Las Vegas, NV 89117

☐ None [*Check if applicable*]

April 21, 2010

Date

/s/ Deanna L. Forbush

**Deanna L. Forbush**
Signature of Attorney
Counsel for   FX Luxury Las Vegas I, LLC
**Fox Rothschild, LLP**
**3800 Howard Hughes Parkway**
**Suite 500**
**Las Vegas, NV 89169**
**702-262-6899 Fax:702-597-5503**

Name, Address, Telephone No. & I.D. No.
**Deanna L. Forbush**
**NV Bar 6646**
**Fox Rothschild, LLP**
**3800 Howard Hughes Parkway**
**Suite 500**
**Las Vegas, NV 89169**
**702-262-6899**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**FX Luxury Las Vegas I, LLC**

BANKRUPTCY NO.
CHAPTER NO. 11

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] __Mitchell Nelson__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☒ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __April 21, 2010__

Signed: __/s/ Mitchell Nelson__
**Mitchell Nelson, President**
**FX Luxury Las Vegas I, LLC**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __April 20, 2010__

Signed: __/s/ Deanna L. Forbush__
**Deanna L. Forbush, Esq.**
Attorney for Debtor(s)

# United States Bankruptcy Court
## District of Nevada

In re   __FX Luxury Las Vegas I, LLC__                                         Case No.   _____

                                                        Debtor(s)            Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | __0.00__ |
| Prior to the filing of this statement I have received | $ | __0.00__ |
| Balance Due | $ | __0.00__ |

2.  $  __1,039.00__  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  __April 21, 2010__                      __/s/Deanna L. Forbush__
                                                   **Deanna L. Forbush, Esq.**
                                                    **FOX ROTHSCHILD, LLP**
                                                    **3800 Howard Hughes Parkway, Suite 500**
                                                    **Las Vegas, NV  89169**