1   Lenard E. Schwartzer, NV Bar No. 0399
    Jeanette E. McPherson, NV Bar No. 5423
2   SCHWARTZER & MCPHERSON LAW FIRM
    2850 South Jones Boulevard, Suite 1
3   Las Vegas, Nevada 89146-5308
    Telephone: (702) 228-7590
4   Facsimile: (702) 892-0122
    E-Mail: bkfilings@s-mlaw.com
5
6   Attorneys for LIRA LLC, LIRA Property Owner LLC,
    Robert F.X. Sillerman, Paul C. Kanavos, and Brett Torino
7
8                    **UNITED STATES BANKRUPTCY COURT**
                          **DISTRICT OF NEVADA**
9
10  In re                                    │ Case No.  BK-S-10-17015-BAM
                                             │
11                                           │ Chapter 11
        FX LUXURY LAS VEGAS I, LLC,          │
12      a Nevada limited liability company,  │ **JOINDER IN DEBTOR'S RESPONSE TO**
                                             │ **THE OBJECTION OF NEXBANK, SSB TO**
13              Debtor.                      │ **(A) DEBTOR'S MOTION FOR ORDER**
                                             │ **APPROVING BID PROCEDURES IN**
14                                           │ **CONNECTION WITH THE SALE OF**
                                             │ **SUBSTANTIALLY ALL OF THE ASSETS**
15                                           │ **OF THE BANKRUPTCY ESTATE; (B)**
                                             │ **SCHEDULING AN AUCTION TO**
16                                           │ **CONSIDER COMPETING BIDS FOR THE**
                                             │ **ASSETS; AND (C) APPROVING THE**
17                                           │ **FORM AND MANNER OF NOTICE OF**
                                             │ **THE AUCTION PURSUANT TO 11 U.S.C.**
18                                           │ **§§ 105(A), 363 AND 365(A)**
19
20                                           │ Hearing Date: May 10, 2010
                                             │ Time:  9:30 a.m. PDT
21
22          LIRA LLC, LIRA Property Owner LLC, Robert F.X. Sillerman, Paul C. Kanavos, and Brett

23  Torino (collectively, "LIRA"), by and through their counsel, Lenard E. Schwartzer and Jeanette

24  E. McPherson of the Schwartzer & McPherson Law Firm, join in the Reply Brief of FX Luxury

25  Las Vegas I, LLC, the debtor and debtor-in-possession (the "Debtor"), in Response to Objection

26  of NexBank, SSB to the Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and

27  365(a) Approving Bid Procedures In Connection With the Sale of Substantially All of the Assets

28  of the Bankruptcy Estate (b) Scheduling an Auction To Consider Competing Bids For the Assets

                                           1

1  and (c) Approving The Form and Manner of Notice of the Auction (the "Objection").

2      LIRA joins in affirming the factual statements of the Debtor, in particular, that the pre-

3  packaged plan and bidding procedures were the result of extensive and protracted pre-petition

4  negotiations with the First Lien Lenders and that LIRA is willing to agree to payment to

5  unsecured trade creditors of approximately $350,000 which will be an addition to the price LIRA

6  has previously offered.

7      DATED this 7th day of May 2010.

8

9                              **SCHWARTZER & McPHERSON LAW FIRM**

10                             By____*/s/ Lenard E. Schwartzer*____
                                  LENARD E. SCHWARTZER, ESQ.
11                                JEANETTE E. MCPHERTSON, ESQ.
                                  Attorneys for LIRA LLC, LIRA Property Owner LLC,
12                                Robert F.X. Sillerman, Paul C. Kanavos, and Brett Torino

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28