BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
HAL L. BAUME, ESQ.
(Admitted *Pro Hac Vice*)
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       aloraditch@foxrothschild.com
       hbaume@foxrothschild.com
[Proposed] Counsel for FX Luxury Las Vegas I, LLC

Electronically Filed May 10, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

FX LUXURY LAS VEGAS I, LLC,
a Nevada limited liability company,

            Debtor.

Case No.  BK-S-10-17015-BAM

Chapter 11

**AGENDA AND STATUS REGARDING MATTERS[1] SCHEDULED FOR HEARING ON MAY 10, 2010**

Hearing Date:  May 10, 2010
Hearing Time:  9:30 a.m. PDT

    **1.**    **Application to Employ Fox Rothschild LLP as Counsel to the Debtor, Effective as of the Petition Date, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 7] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

    **Related Documents:**

Verified Statement of Hal L. Baume, Esquire, in support of Application to Employ Fox Rothschild LLP as Counsel to the Debtor, Effective as of the Petition Date –
    filed 4/21/2010 [Docket No. 8]
        by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC
Objection to the Debtor's Applications for Orders (I) Authorizing Employment and

---

[1] Only those substantive pleadings relative to the matters on calendar for May 10, 2010, are included herein. Pleadings with respect to notice, e.g., certificates of service, notices of hearing and notices of entry of orders, are not included.

|   |   |
|---|---|
| 1 | Retention of Fox Rothschild LLP, as Debtor's Counsel Effective as of the Petition Date and (II) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtor's Special Corporate and Real Estate Counsel Effective as of the Petition Date – |

Retention of Fox Rothschild LLP, as Debtor's Counsel Effective as of the Petition Date and (II) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtor's Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 4/29/2010 [Docket No. 75]
    by Randolph L. Howard on behalf of NexBank, SSB

Supplemental Verified Statement of Hal L. Baume, Esquire, in support of Application to Employ Fox Rothschild LLP as Counsel to the Debtor, Effective as of the Petition Date –
    filed 4/30/2010 [Docket No. 80]
    by Brett A. Axelrod on behalf of FX Luxury Las Vegas I, LLC

Second Supplemental Verified Statement of Hal L. Baume, Esquire, in support of Application to Employ Fox Rothschild LLP as Counsel to the Debtor, Effective as of the Petition Date –
    filed 5/4/2010 [Docket No. 95]
    by Brett A. Axelrod on behalf of FX Luxury Las Vegas I, LLC

Objection to Debtor's Application to Employ Fox Rothschild LLP as Counsel to the Debtor and Application to Employ Greenberg Traurig, LLP as Debtor's Special Corporate and Real Estate Counsel –
    filed 5/5/2010 [Docket No. 123]
    by Lee I Iglody on behalf of The Huff Alternative Fund, L.P., The Huff Alternative Parallel Fund, L.P.

Omnibus Response of Landesbank Baden-Wurttemberg, New York Branch, to Certain Objections of NexBank, SSB, with Respect to the Debtor's Proposed (I) Use of Cash Collateral, (II) Bid Procedures, and (III) Retention of Fox Rothschild LLP and Greenberg Traurig, LLP –
    filed 5/7/2010 [Docket No. 160]
    by Rodney M. Jean on behalf of Landesbank Baden-Würtemmberg (LBBW)

Response to Objections to Debtor's Applications for Orders (I) Authorizing Employment and Retention of Fox Rothschild LLP as Debtors Counsel, Effective as of the Petition Date; and (II) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP as Debtors Special Corporate and Real Estate Counsel, Effective as of the Petition Date –
    filed 5/7/2010 [Docket No. 161]
    by Brett A. Axelrod on behalf of FX Luxury Las Vegas I, LLC

Supplemental Verified Statement of Brett Axelrod in support of Application to Employ Fox Rothschild LLP as Counsel to the Debtor, Effective as of the Petition Date –
    filed 5/7/2010 [Docket No. 162]
    by Brett A. Axelrod on behalf of FX Luxury Las Vegas I, LLC

**Status:**    Ready to proceed

2. **Application for Order Authorizing Employment and Retention of Commerce CRG of NV, LLC, d/b/a CCRG/Cushman & Wakefield Alliance, as Property Manager for Real Property Belonging to the Estate, Effective as of the Petition Date, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 10] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Declaration of David L. Jewkes in Support of Debtors' Application to Retain Commerce CRG of NV, LLC, d/b/a CCRG/Cushman & Wakefield Alliance, as Property Manager for Real Property Belonging to the Estate, Effective as of the Petition Date –
    filed 4/21/2010 [Docket No. 11]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Interim Order Authorizing Debtor's Employment and Retention of Commerce CRG of NV, LLC, Doing Business As CCRG/Cushman & Wakefield Alliance, as Property Manager for Real Property Belonging to the Estate, Effective as of the Petition Date –
    entered 5/7/2010 [Docket No. 145]

**Status:**     Unopposed

3. **Motion for Approval of Stipulation for Entry of Interim and Final Orders (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties, and (B) Scheduling a Final Hearing with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 13] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the Debtors to Use Cash Collateral and (II) Granting Adequate Protection –
    entered 4/29/2010 [Docket No. 77]

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions –
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Amended Interim Order Pursuant to 11 U.S.C. Section 105, 361, 362 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014(I) Authorizing the Debtors to Use Cash Collateral and (II) Granting Adequate Protection –
    entered 4/30/2010 [Docket No. 83]

Objection of NexBank, SSB to the Debtor's Motion for Approval of Stipulation for

Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties; and (B) Scheduling a Final Hearing –
    filed 5/4/2010 [Docket No. 97]
    by Natalie M. Cox on behalf of NexBank, SSB

Objection to Motion for Approval of Stipulation for Entry of Interim and Final Orders (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties, and (B) Scheduling a Final Hearing –
    filed 5/5/2010 [Docket No. 121]
    by Lee I Iglody on behalf of The Huff Alternative Fund, L.P., The Huff Alternative Parallel Fund, L.P.

Omnibus Response of Landesbank Baden-Wurttemberg, New York Branch, to Certain Objections of NexBank, SSB, with Respect to the Debtor's Proposed (I) Use of Cash Collateral, (II) Bid Procedures, and (III) Retention of Fox Rothschild LLP and Greenberg Traurig, LLP –
    filed 5/7/2010 [Docket No. 160]
    by Rodney M. Jean on behalf of Landesbank Baden-Würtemmberg (LBBW)

Joinder to the Omnibus Response of Landesbank Baden-Würtemmberg, New York Branch to Certain Objections of NexBank, SSB With Respect to the Debtors Proposed (I) Use of Cash Collateral, (II) Bid Procedures, and (III) Retention of Fox Rothschild LLP and Greenberg Traurig, LLP –
    filed 5/7/2010 [Docket No. 163]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

**Status:**    Ready to proceed

    **4.**    **Motion for Order Authorizing Retention of Professionals Utilized by Debtor in the Ordinary Course of Business** – 10-17015-bam – filed 4/21/2010 [Docket No. 14] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions –
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

///

///

///

Order Denying Motion to Authorize Retention of Professionals Utilized by Debtor in the

Ordinary Course of Business Pursuant to Bankruptcy Code Sections 105(a), 327(a) and 331
    lodged 5/10/2010
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

**Status:** [off calendar]

5. **Application to Employ Kent Appraisal Services as Real Estate Appraiser for Debtor, Effective as of the Petition Date, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 15] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Verified Statement of Heidi H. Kent in support of Application to Employ Kent Appraisal Services as Real Estate Appraiser for Debtor –
    filed 4/21/2010 [Docket No. 16]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions –
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Status:** Unopposed

6. **Application for Order Authorizing Employment and Retention of Sierra Consulting Group, LLC as Debtor's Financial Advisors, Effective as of the Petition Date, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 18] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Verified Statement of Edward M. Burr in support of Application for Order Authorizing Employment and Retention of Sierra Consulting Group, LLC as Debtor's Financial Advisors, Effective as of the Petition Date –
    filed 4/21/2010 [Docket No. 19]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions –
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Status:** Unopposed

///

7. **Motion for Order (A) Approving Bidding Procedures in Connection with the**

1   **Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction to Consider Competing Bids for the Assets; and (C) Approving the form and Manner of Notice of the Auction, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 20] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Omnibus Declaration Of: Mitchell J. Nelson Filed in Support of First Day Motions –
    filed 4/21/2010 [Docket No. 21]
    by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

Objection of NexBank, SSB to the Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(A), 363 and 365(A) Approving Bid Procedures in Connection With the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction to Consider Competing Bids for the Assets; and (C) Approving the Form and Manner of Notice of the Auction –
    filed 5/4/2010 [Docket No. 96]
    by Natalie M. Cox on behalf of NexBank, SSB

Objection to the Debtor's Motion for Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Assets of the Bankruptcy Estate: (B) Scheduling an Auction to Consider Competing Bids for the Assets; and (C) Approving the form and Manner of Notice of the Auction –
    filed 5/5/2010 [Docket No. 120]
    by Lee I Iglody on behalf of The Huff Alternative Fund, L.P., The Huff Alternative Parallel Fund, L.P.

Omnibus Response of Landesbank Baden-Wurttemberg, New York Branch, to Certain Objections of NexBank, SSB, with Respect to the Debtor's Proposed (I) Use of Cash Collateral, (II) Bid Procedures, and (III) Retention of Fox Rothschild LLP and Greenberg Traurig, LLP –
    filed 5/7/2010 [Docket No. 160]
    by Rodney M. Jean on behalf of Landesbank Baden-Würtemmberg (LBBW)

Joinder In Debtor's Response To The Objection of NexBank, SSB To Debtor's Motion for Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction to Consider Competing Bids for the Assets; and (C) Approving the form and Manner of Notice of the Auction, Pursuant to 11 U.S.C. Sections 105(A), 363, and 365 –
    filed 5/7/2010 [Docket No. 164]
    by Lenard E. Schwartzer on behalf of Paul C. Kanavos, LIRA LLC, LIRA Property Owner LLC, Robert F.X. Sillerman, and Brett Torino

///

///

Reply to the Objection of NexBank, SSB to Debtor's Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (A) Approving Bid Procedures in Connection With the

VG1 37947v2 05/10/10                    6

Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction To Consider Competing Bids For the Assets; and (C) Approving The Form and Manner of Notice of the Auction –
    filed 5/7/2010 [Docket No. 167]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

Declaration of: David L. Jewkes in Support of Debtor's Reply to the Objection of NexBank, SSB to Debtor s Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (A) Approving Bid Procedures in Connection With the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction To Consider Competing Bids For the Assets; and (C) Approving The Form and Manner of Notice of the Auction –
    filed 5/7/2010 [Docket No. 167]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

Declaration of: Edward M. Burr in Support of Debtor's Reply to the Objection of NexBank, SSB to Debtor s Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (A) Approving Bid Procedures in Connection With the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction To Consider Competing Bids For the Assets; and (C) Approving The Form and Manner of Notice of the Auction –
    filed 5/7/2010 [Docket No. 167]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

Declaration of: Mike Tabeek in Support of Debtor's Reply to the Objection of NexBank, SSB to Debtor s Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (A) Approving Bid Procedures in Connection With the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction To Consider Competing Bids For the Assets; and (C) Approving The Form and Manner of Notice of the Auction –
    filed 5/7/2010 [Docket No. 167]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

Amended Declaration of: David L. Jewkes in Support of Debtor s Reply to the Objection of NexBank, SSB to Debtor s Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (A) Approving Bid Procedures in Connection With the Sale of Substantially All of the Assets of the Bankruptcy Estate; (B) Scheduling an Auction To Consider Competing Bids For the Assets; and (C) Approving The Form and Manner of Notice of the Auction –
    filed 5/7/2010 [Docket No. 167]
    by Anne M. Loraditch on behalf of FX Luxury Las Vegas I, LLC

**Status:**    Ready to proceed

///

///

///

8.  **Application Motion Under Fed. R. Bankr. P. 7016 and 7026 and Local Bankr. R. 7026 and 7016 for Entry of Expedited Scheduling Order and Relief From Fed. R. Civ. P. 26(a)(1), 26(d) and 26(f)** – Adv. Proc. 10-01157, NexBank, SSB v. Landesbank Baden-Würtemmberg (LBBW) – filed 5/4/2010 [Adv Docket No. 7] by Natalie M. Cox on behalf of NexBank, SSB

**Related Documents:**

Declaration Of: Jonathan Hook in Support of Plaintiff's Ex Parte Motion for Order Shortening Time for Hearing on Plaintiff's Motion Under Fed. R. Bankr. P. 7016 and 7026 and Local Bankr. R. 7026 and 7016 for Entry of Expedited Scheduling Order and Relief From Fed. R. Civ. P. 26(a)(1), 26(d) and 26(f) –
    filed 5/4/2010 [Docket No. 8]
    by Natalie M. Cox on behalf of NexBank, SSB

Order Shortening Time For Hearing On Plaintiff's Motion Under Fed. R. Bankr. P.7016 and 7026 and Local Bankr.7026 and 7016 For Entry of Expedited Scheduling Order and Relief From Fed. R. Civ.P. 26(a)(1),26(d) and 26(f) –
    entered 5/4/2010

**Status:**    Unopposed


9.  **Application to Employ Greenberg Traurig, LLP as Debtor's Special Corporate and Real Estate Counsel, Effective as of the Petition Date** – 10-17015-bam – filed 4/22/2010 [Docket No. 26] by Bob L. Olson on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Verified Statement/Declaration of Professional of Bob L. Olson Pursuant to 11 U.S.C. 329 and Fed. R. Bankr. P. 2014 and 2016 in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtor's Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 4/22/2010 [Docket No. 27]
    by Bob L. Olson on behalf of FX Luxury Las Vegas I, LLC

Objection to the Debtor's Applications for Orders (I) Authorizing Employment and Retention of Fox Rothschild LLP, as Debtor's Counsel Effective as of the Petition Date and (II) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtor's Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 4/29/2010 [Docket No. 75]
    by Randolph L. Howard on behalf of NexBank, SSB

///

///

Objection of The Acting United States Trustee, Pursuant to 11 U.S.C. § 327(e), to the Application for Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtors Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 5/4/2010 [Docket No. 113]
    by Athanasios E. Agelakopoulos on behalf of U.S. Trustee

Objection to Debtor's Application to Employ Fox Rothschild LLP as Counsel to the Debtor and Application to Employ Greenberg Traurig, LLP as Debtor's Special Corporate and Real Estate Counsel –
    filed 5/5/2010 [Docket No. 123]
    by Lee I Iglody on behalf of The Huff Alternative Fund, L.P., The Huff Alternative Parallel Fund, L.P.

Reply of Greenberg Traurig, LLP to: (1) Objection of NexBank, SSB to the Debtors Applications for Orders (I) Authorizing Employment and Retention of Fox Rothschild, LLP as Debtors Counsel Effective as of the Petition Date and (II) Pursuant To Section 327(E) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP as Debtors Special Corporate and Real Estate Counsel Effective as of the Petition Date; and (2) The Acting United States Trustees Objection, Pursuant to 11 U.S.C. § 327(E), to the Application for Order Pursuant to Section 327(E) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtors Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 5/7/2010 [Docket No. 156]
    by Bob L. Olson on behalf of FX Luxury Las Vegas I, LLC

First Supplemental Verified Statement of Bob L. Olson Pursuant to 11 U.S.C. § 329 and Fed. R .Bankr. P. 2014 and 2016 in Support of Application for Order Pursuant to Section 327(E) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtors Special Corporate and Real Estate Counsel Effective as of The Petition Date –
    filed 5/7/2010 [Docket No. 157]
    by Bob L. Olson on behalf of FX Luxury Las Vegas I, LLC

Verified Statement of Juan P. Loumiet Pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2014 and 2016 in Support of Application for Order Pursuant to Section 327(E) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP, as Debtors Special Corporate and Real Estate Counsel Effective as of the Petition Date –
    filed 5/7/2010 [Docket No. 159]
    by Bob L. Olson on behalf of FX Luxury Las Vegas I, LLC

Omnibus Response of Landesbank Baden-Wurttemberg, New York Branch, to Certain Objections of NexBank, SSB, with Respect to the Debtor's Proposed (I) Use of Cash Collateral, (II) Bid Procedures, and (III) Retention of Fox Rothschild LLP and Greenberg Traurig, LLP –
    filed 5/7/2010 [Docket No. 160]

      by Rodney M. Jean on behalf of Landesbank Baden-Würtemmberg (LBBW)
Response to Objections to Debtor's Applications for Orders (I) Authorizing Employment and Retention of Fox Rothschild LLP as Debtors Counsel, Effective as of the Petition Date; and (II) Pursuant to Section 327(e) of the Bankruptcy Code Authorizing Employment and Retention of Greenberg Traurig, LLP as Debtors Special Corporate and Real Estate Counsel, Effective as of the Petition Date –
      filed 5/7/2010 [Docket No. 161]
      by Brett A. Axelrod on behalf of FX Luxury Las Vegas I, LLC

**Status:**    Ready to proceed

    **10.**    **Application to Employ Grubb & Ellis/Las Vegas as Debtor's Sales Agent, Effective as of the Petition Date, with Proposed Order** – 10-17015-bam – filed 4/21/2010 [Docket No. 27] by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Related Documents:**

Verified Statement of Larry Singer in Support of Debtor's Application Employ and Retain Grubb & Ellis/Las Vegas as Debtor's Sales Agent, Effective as of the Petition Date –
      filed 4/21/2010 [Docket No. 28]
      by Deanna Forbush on behalf of FX Luxury Las Vegas I, LLC

**Status:**    Unopposed

DATED this 10th day of May 2010.

                      **FOX ROTHSCHILD LLP**

                      By   *s/ Anne M. Loraditch*
                          BRETT A. AXELROD, ESQ.
                          Nevada Bar No. 5859
                          ANNE M. LORADITCH, ESQ.
                          Nevada Bar No. 8164
                          HAL L. BAUME, ESQ.
                          (Admitted *Pro Hac Vice*)
                          3800 Howard Hughes Parkway, Suite 500
                          Las Vegas, NV 89169
                          Telephone: (702) 262-6899

                          *[Proposed] Counsel for FX Luxury Las Vegas I, LLC*