**Entered on Docket
May 21, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
MICAELA RUSTIA, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
aloraditch@foxrothschild.com
mrustia@foxrothschild.com
*[Proposed] Counsel for FX Luxury Las Vegas, I LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**SECOND STIPULATION AND ORDER FOR CONTINUING RELIEF GRANTED UNDER AMENDED INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION** |

Upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company, ("Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, Landesbank

VG1 39312v1 05/19/10

1

Baden-Württemberg, New York Branch, as First Lien Agent,[1] on behalf of the First Lien Lenders, and Haynes & Boone, LLP, attorneys for Nexbank, SSB, the Second Lien Agent, on behalf of the Second Lien Lenders;

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES THAT** Debtor may have further continued relief through May 27, 2010, as set forth in the Amended Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the Debtor to Use Cash Collateral and (II) Granting Adequate Protection [Docket No. 83] ("<u>Amended Interim Cash Collateral Order</u>"), entered by the Court on April 30, 2010.

DATED this 19th day of May 2010.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By   *s/ Anne M. Loraditch*
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*[Proposed] Counsel for FX Luxury Las Vegas I, LLC*

**APPROVED**/~~DISAPPROVED~~:

**SHEARMAN & STERLING, LLP**

By   *s/ Andrew Tenzer*
Andrew Tenzer, Esq.
Randall Martin, Esq.
1221 Avenue of the Americas
New York, New York 10020
and
**LIONEL, SAWYER & COLLINS**
Rod Jean, Esq.
300 South 4th Street, Suite 1700
Las Vegas, Nevada 89101
*Counsel for Landesbank Baden-Württemberg, New York Branch, First Lien Agent*

**APPROVED**/~~DISAPPROVED~~:

**HAYNES & BOONE, LLP**

By   *s/ Lenard M. Parkins*
Lenard M. Parkins, Esq.
1221 Avenue of the Americas
New York, New York 10020
and
**KOLESAR & LEATHAM, CHTD.**
Nile Leatham, Esq.
3320 West Sahara, Suite 380
Las Vegas, Nevada 89102
*Counsel for NexBank, SSB, Second Lien Agent*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed in the form of Amended Interim Cash Collateral Order (defined herein).

*VG1 39312v1 05/19/10*

2

**<u>ORDER</u>**

It is so **ORDERED.**

# # #

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 39312v1 05/19/10*

3