BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas I, LLC*

Electronically Filed May 24, 2010

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>               Debtor. | Case No. BK-S-10-17015-BAM<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF SECOND STIPULATION AND ORDER FOR CONTINUING RELIEF GRANTED UNDER AMENDED INTERIM ORDER PURSUANT TO 11 U.S.C. SECTION 105, 361, 362 AND 363 AND FED R. BANKR. P.2002, 4001 AND 9014(I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION**<br><br>Hearing Date:   May 10, 2010<br>Hearing Time:   9:30 a.m. |

      **PLEASE TAKE NOTICE** that on the 21st day of May 2010, the Court entered a Second Stipulation and Order for Continuing Relief Granted Under Amended Interim Order Pursuant to 11 U.S.C. Section 105, 361, 362 and 363 and Fed R. Bankr. P.2002, 4001 and 9014(I) Authorizing the

///

///

1

VG1 39716v1 05/24/10

Debtor to use Cash Collateral and (II) Granting Adequate Protection [Docket No. 241], a copy of which is attached hereto.

DATED this 24th day of May 2010.

**FOX ROTHSCHILD LLP**

By /s/Anne M. Loraditch
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
*Counsel for FX Luxury Las Vegas I, LLC*

*VG1 39716v1 05/24/10*

**Entered on Docket**
**May 21, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
MICAELA RUSTIA, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       aloraditch@foxrothschild.com
       mrustia@foxrothschild.com

*[Proposed] Counsel for FX Luxury Las Vegas, I LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**SECOND STIPULATION AND ORDER FOR CONTINUING RELIEF GRANTED UNDER AMENDED INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION** |

Upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company, ("Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, Landesbank

VG1 39312v1 05/19/10

1

1  Baden-Württemberg, New York Branch, as First Lien Agent,[1] on behalf of the First Lien Lenders, and
2  Haynes & Boone, LLP, attorneys for Nexbank, SSB, the Second Lien Agent, on behalf of the Second
3  Lien Lenders;
4  **IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES THAT** Debtor may
5  have further continued relief through May 27, 2010, as set forth in the Amended Interim Order Pursuant
6  to 11 U.S.C. §§ 105, 361, 362, and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the
7  Debtor to Use Cash Collateral and (II) Granting Adequate Protection [Docket No. 83] ("<u>Amended
8  Interim Cash Collateral Order</u>"), entered by the Court on April 30, 2010.

DATED this 19th day of May 2010.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By   *s/ Anne M. Loraditch*
     ANNE M. LORADITCH, ESQ.
     Nevada Bar No. 8164
     3800 Howard Hughes Parkway, Suite 500
     Las Vegas, Nevada 89169
     *[Proposed] Counsel for FX Luxury Las Vegas I, LLC*

**APPROVED**/~~DISAPPROVED~~:                    **APPROVED**/~~DISAPPROVED~~:

**SHEARMAN & STERLING, LLP**                     **HAYNES & BOONE, LLP**

By   *s/ Andrew Tenzer*                          By   *s/ Lenard M. Parkins*
     Andrew Tenzer, Esq.                              Lenard M. Parkins, Esq.
     Randall Martin, Esq.                             1221 Avenue of the Americas
     1221 Avenue of the Americas                      New York, New York 10020
     New York, New York 10020                         and
     and                                         **KOLESAR & LEATHAM, CHTD.**
**LIONEL, SAWYER & COLLINS**                     Nile Leatham, Esq.
Rod Jean, Esq.                                   3320 West Sahara, Suite 380
300 South 4th Street, Suite 1700                 Las Vegas, Nevada 89102
Las Vegas, Nevada 89101
*Counsel for Landesbank Baden-Württemberg,*      *Counsel for NexBank, SSB, Second Lien Agent*
*New York Branch, First Lien Agent*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed in the form of Amended Interim Cash Collateral Order (defined herein).

### ORDER

1
2   It is so **ORDERED.**
3                                # # #
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 39312v1 05/19/10*

3