**Entered on Docket
June 01, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           mrustia@foxrothschild.com
*Counsel for FX Luxury Las Vegas, I LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**STIPULATED ORDER EXTENDING THE DEADLINE FOR FX LUXURY LAS VEGAS I, LLC AND LANDESBANK BADEN-WÜRTTEMBERG, NEW YORK BRANCH TO FILE AN OPPOSITION TO (1) MOTION FOR ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE; AND (2) MOTION OF NEXBANK, SSB AND CERTAIN SECOND LIEN LENDERS FOR ORDER TERMINATING EXCLUSIVITY**<br><br>Hearing Date:  June 11, 2010<br>Hearing Time:  9:30 p.m. |

*VG1 40080v1 05/27/10*

1

Upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company, ("Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case; Landesbank Baden-Württemberg, New York Branch, as First Lien Agent,[1] on behalf of the First Lien Lenders, Haynes & Boone, LLP, attorneys for Nexbank, SSB, as Second Lien Agent, on behalf of the Second Lien Lenders; Herrick, Feinstein LLP, attorneys for The Huff Alternative Fund, L.P. and The Huff Alternative Parallel Fund, L.P. and Athanasios Agelakopoulos, Trial Attorney for Acting United States Trustee for Region 17, Sara Kistler;

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES AND NOTICE IS HEREBY GIVEN THAT** the Debtor and the First Lien Agent shall have an extension up to and including 2:00 p.m. Pacific Time on June 2, 2010 to file and serve an Opposition to (1) the Motion for Order Directing the Appointment of a Chapter 11 Trustee [Docket No. 112]; and (2) the Motion of NexBank, SSB and Certain Second Lien Lenders for Order Terminating Exclusivity [Docket No. 118].

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By   *s/ Brett Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*Counsel for FX Luxury Las Vegas I, LLC*

APPROVED/DISAPPROVED:

**OFFICE OF THE U.S. TRUSTEE**

By   */s/signature requirement waived*
    Athanasios E. Agelakopoulos
    300 Las Vegas Boulevard, Suite 4300
    Las Vegas, Nevada 89101

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed in the Omnibus Declaration of Mitchell J. Nelson [Docket No. 21] (the "Omnibus Declaration") filed by the Debtor in the above-captioned case on April 21, 2010.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

*VG1 40080v1 05/27/10*

2

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1  **APPROVED**/~~DISAPPROVED~~:                    **APPROVED**/~~DISAPPROVED~~:

2  **SHEARMAN & STERLING, LLP**                     **HAYNES & BOONE, LLP**

3  By___*s/Randall Martin*_____               By___*s/Jonathan Hook*_____
4      Andrew Tenzer, Esq.                              Lenard M. Parkins, Esq.
       Randall Martin, Esq.                             Jonathan Hook, Esq.
5      1221 Avenue of the Americas                      1221 Avenue of the Americas
       New York, New York 10020                         New York, New York 10020
6              and                                              and
   **LIONEL, SAWYER & COLLINS**                      **KOLESAR & LEATHAM, CHTD.**
7  Rod Jean, Esq.                                    Nile Leatham, Esq.
8  300 South 4th Street, Suite 1700                  3320 West Sahara, Suite 380
   Las Vegas, Nevada 89101                           Las Vegas, Nevada 89102
9  *Counsel for Landesbank Baden-Württemberg,*
   *New York Branch, First Lien Agent*               *Counsel for NexBank, SSB, Second Lien Agent*
10

11  **APPROVED**/~~DISAPPROVED~~:

12  **HERRICK, FEINSTEIN LLP**

13
    By_____*s/Frederick Schmidt*_____
14      Joshua J. Angel, Esq.
        Andrew C. Gold, Esq.
15      Frederick E. Schmidt, Jr., Esq.
        2 Park Avenue
16      New York, New York 10016
                and
17  **LAW OFFICES OF PARAS B.**
18  **BARNETT, PLLC**
    Lee I. Iglody, Esq.
19  9555 South Eastern Avenue, Suite 280
    Las Vegas, Nevada 89123
20  *Counsel for The Huff Alternative Fund, L.P. and*
21  *The Huff Alternative Parallel Fund, L.P.*

22

23                              **ORDER**

24      It is so **ORDERED.**

25                              # # #

26

27

28

*VG1 40080v1 05/27/10*

3