BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA, ESQ.
Nevada Bar No. 9676
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email:  baxelrod@foxrothschild.com
        mrustia@foxrothschild.com
*Counsel for FX Luxury Las Vegas I, LLC*

Electronically Filed June 14, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

FX LUXURY LAS VEGAS I, LLC,
  a Nevada limited liability company,

                                Debtor.

Case No.  BK-S-10-17015-BAM

Chapter 11

**NOTICE OF WITHDRAWAL OF PREPACKAGED CHAPTER 11 PLAN OF LIQUIDATION**

Hearing Date:  N/A
Hearing Time:  N/A

FX Luxury Las Vegas I, LLC ("Debtor" or "FX I"), the debtor and debtor-in-possession in the above-captioned case ("Chapter 11 Case"), hereby withdraws its Prepackaged Chapter 11 Plan of Liquidation filed April 21, 2010 [Docket No. 17].

DATED this 14th day of June 2010.

**FOX ROTHSCHILD LLP**

By */s/Micaela Rustia*
  BRETT A. AXELROD, ESQ.
  Nevada Bar No. 5859
  MICAELA RUSTIA, ESQ.
  Nevada Bar No. 9676
  3800 Howard Hughes Parkway, Suite 500
  Las Vegas, Nevada 89169
  *Counsel for FX Luxury Las Vegas I, LLC*

VG1 42128v1 06/13/10                           1