

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

**Entered on Docket**
**July 15, 2010**

_Bruce A. Markell_

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

---

Request for Order Shortening Time is denied. Matter is set for status hearing only on July 21, 2010 at 1:30 PM. At the status hearing, the court will hear arguments on when the various motions may or should be set, after taking into account the evidence and submissions of the first lien lenders on their motion for relief from the automatic stay. The court will also consider, however, the effect and likelihood of the actions contemplated by the motions with respect to the first lien lenders' claims under 11 U.S.C. § 362(d)(2).

---

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1

2

3

4

5

6

7

8   NILE LEATHAM, ESQ.
Nevada Bar No. 002838
9   NATALIE M. COX, ESQ.
Nevada Bar No. 007662
10  **KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
11  Las Vegas, Nevada 89102-3202
Telephone No.: (702) 362-7800
12  Facsimile No.: (702) 362-9472
E-Mail: nleatham@klnevada.com
13         ncox@klnevada.com

14  Attorneys for
**FIVE MILE CAPITAL POOLING**
15  **INTERNATIONAL LLC; SPECTRUM**
**INVESTMENT PARTNERS, L.P.; &**
16  **TRANSAMERICA LIFE INSURANCE**
**COMPANY**
17

18

19  LEE I. IGLODY, ESQ.
Nevada Bar No. 007757
20  **THE LAW OFFICES OF PARAS B. BARNETT,**
**P.L.L.C.**
21  9555 S. Eastern Avenue, Suite 280
Las Vegas, Nevada 89123
22  Telephone No.: (702) 425-5366
Facsimile No.: (702) 446-5148
23  E-Mail: lee@iglody.com;
pbb@pbarnettlaw.com

24

25  Attorneys for
**THE HUFF ALTERNATIVE FUND, L.P.**
26  **AND THE HUFF ALTERNATIVE**
**PARALLEL FUND, L.P.**

27

28

LENARD M. PARKINS, ESQ. (*PRO HAC VICE*)
HENRY FLORES, ESQ. (*PRO HAC VICE*)
TREVOR R. HOFFMANN, ESQ. (*PRO HAC VICE*)
JONATHAN HOOK, ESQ. (*PRO HAC VICE*)
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone No.: (212) 659-7300
Facsimile No.: (212) 884-8226
E-Mail: lenard.parkins@haynesboone.com
        henry.flores@haynesboone.com
        trevor.hoffmann@haynesboone.com
        jonathan.hook@haynesboone.com

Attorneys for
**FIVE MILE CAPITAL POOLING**
**INTERNATIONAL LLC; SPECTRUM**
**INVESTMENT PARTNERS, L.P.; &**
**TRANSAMERICA LIFE INSURANCE**
**COMPANY**

JOSHUA J. ANGEL, ESQ. (*PRO HAC VICE*)
ANDREW C. GOLD, ESQ. (*PRO HAC VICE*)
FREDERICK E. SCHMIDT, JR., ESQ. (*PRO HAC VICE*)
**HERRICK, FEINSTEIN LLP**
2 Park Avenue
New York, New York 10016
Telephone No.: (212) 592-1400
Facsimile No.: (212) 592-1500
E-Mail: jangle@herrick.com
        agold@herrick.com
        eschmidt@herrick.com

Attorneys for
**THE HUFF ALTERNATIVE FUND, L.P.**
**AND THE HUFF ALTERNATIVE**
**PARALLEL FUND, L.P.**

768707 (7474-2)                    - 1 -

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

FX LUXURY LAS VEGAS I, LLC, a
Nevada limited liability company,

Debtor.

Case No.  BK-S-10-17015-bam

Chapter 11

OST Hearing Date:  July 21, 2010
OST Hearing Time:  1:30 PM

**ORDER SHORTENING TIME FOR HEARING ON THE MOTION OF THE BACKSTOP INVESTORS FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT; (B) APPROVING SOLICITATION PROCEDURES; (C) APPROVING FORMS OF BALLOTS AND NOTICING PROCEDURES; AND (D) SCHEDULING CERTAIN DATES WITH RESPECT THERETO**

Upon consideration of the *Motion for an Order Shortening the Time for Hearing on Motion of the Backstop Investors for Entry of an Order (A) Approving the Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving Forms of Ballots and Noticing Procedures; and (D) Scheduling Certain Dates With Respect Thereto* (the "Motion"),[1] filed by Five Mile Capital Pooling International, The Huff Alternative Fund, L.P, the Huff Alternative Parallel Fund, L.P., Spectrum Investment Partners, L.P. and Transamerica Life Insurance Company, and certain of their respective affiliates (collectively, the "Backstop Investors"), by and through their undersigned counsel, and with good cause appearing therefore, the Court finds that there exists sufficient justification for shortening the time for hearing, and it is

HEREBY ORDERED that the hearing date on the Motion shall be shortened.  Said hearing will be held on July 21, 2010, at 1:30 p.m. (PDT).  These motions will be heard before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard So., Courtroom No. 3, Las Vegas, Nevada 89101.  Any opposition or other responsive pleading may be filed at or before the time of said hearing.

. . .

. . .

---

[1] Docket No. 376.

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

768707 (7474-2)

1

**IT IS SO ORDERED.**

2

Respectfully prepared and submitted by:

3

4

By: /s/ Lenard M. Parkins

NILE LEATHAM, ESQ.

5

Nevada Bar No. 002838
NATALIE M. COX, ESQ.

6

Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**

7

3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202

8

   and
LENARD M. PARKINS, ESQ. (*PRO HAC VICE*)

9

HENRY FLORES, ESQ. (*PRO HAC VICE*)
TREVOR HOFFMANN, ESQ. (*PRO HAC VICE*)

10

JONATHAN HOOK, ESQ. (*PRO HAC VICE*)
**HAYNES AND BOONE, LLP**

11

1221 Avenue of the Americas, 26th Floor
New York, NY 10020

12

13

Attorneys for
**FIVE MILE CAPITAL POOLING**

14

**INTERNATIONAL LLC;**
**SPECTRUM INVESTMENT**

15

**PARTNERS, L.P.; &**
**TRANSAMERICA LIFE**

16

**INSURANCE COMPANY**

17

   -and-

18

JOSHUA J. ANGEL, ESQ. (*PRO HAC VICE*)

19

ANDREW C. GOLD, ESQ. (*PRO HAC VICE*)
FREDERICK E. SCHMIDT, JR., ESQ. (*PRO HAC VICE*)

20

**HERRICK, FEINSTEIN LLP**
2 Park Avenue

21

New York, New York 10016
   and

22

LEE I. IGLODY, ESQ.
Nevada Bar No. 007757

23

**THE LAW OFFICES OF PARAS B. BARNETT, P.L.L.C.**
9555 S. Eastern Avenue, Suite 280

24

Las Vegas, Nevada 89123

25

Attorneys for
**THE HUFF ALTERNATIVE FUND,**

26

**L.P. AND THE HUFF**
**ALTERNATIVE PARALLEL FUND,**

27

**L.P.**

              # # #

28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472