*Electronically Filed*
*September 27, 2010*

| | |
|---|---|
| NILE LEATHAM, ESQ. | LENARD M. PARKINS, ESQ. (*PRO HAC VICE*) |
| Nevada Bar No. 002838 | HENRY FLORES, ESQ. (*PRO HAC VICE*) |
| NATALIE M. COX, ESQ. | TREVOR R. HOFFMANN, ESQ. (*PRO HAC VICE*) |
| Nevada Bar No. 007662 | JONATHAN HOOK, ESQ. (*PRO HAC VICE*) |
| **KOLESAR & LEATHAM, CHTD.** | **HAYNES AND BOONE, LLP** |
| 3320 West Sahara Avenue, Suite 380 | 1221 Avenue of the Americas, 26th Floor |
| Las Vegas, Nevada 89102-3202 | New York, New York 10020 |
| Telephone No.:  (702) 362-7800 | Telephone No.:  (212) 659-7300 |
| Facsimile No.:  (702) 362-9472 | Facsimile No.:  (212) 884-8226 |
| E-Mail:  nleatham@klnevada.com | E-Mail:  lenard.parkins@haynesboone.com |
|          ncox@klnevada.com |          henry.flores@haynesboone.com |
| | trevor.hoffmann@haynesboone.com |
| | jonathan.hook@haynesboone.com |

Attorneys for Creditors
NEXBANK, SSB; FIVE MILE CAPITAL
POOLING INTERNATIONAL LLC;
SPECTRUM INVESTMENT PARTNERS,
L.P.; & TRANSAMERICA LIFE INSURANCE
COMPANY

Attorneys for Creditors
NEXBANK, SSB; FIVE MILE CAPITAL
POOLING INTERNATIONAL LLC;
SPECTRUM INVESTMENT PARTNERS,
L.P.; & TRANSAMERICA LIFE INSURANCE
COMPANY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | Case No.  BK-S-10-17015-bam |
| FX LUXURY LAS VEGAS I, LLC, a Nevada limited liability company, | Chapter 11 |
| Debtor. | |

**NOTICE OF ENTRY OF STIPULATION AND ORDER TO CONTINUE SEPTEMBER 27, 2010 HEARINGS AND TO SET STATUS HEARING FOR SEPTEMBER 27, 2010**

Please take notice that a Stipulation and Order to Continue September 27, 2010 Hearings and to Set Status Hearing for September 27, 2010 was entered with the above court on the 22nd

. . .

. . .

. . .

810296.DOC (7474-2)                           - 1 -

1 | day of September, 2010, a copy of which is attached hereto.

2 | DATED this 27th day of September, 2010.

4 | By:/s/ Lenard M. Parkins
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
  and
LENARD M. PARKINS, ESQ. *(Pro Hac Vice)*
HENRY FLORES, ESQ. *(Pro Hac Vice)*
TREVOR R. HOFFMAN, ESQ. *(Pro Hac Vice)*
JONATHAN HOOK, ESQ. *(Pro Hac Vice)*
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020

Attorneys for Creditors
NEXBANK, SSB; FIVE MILE CAPITAL POOLING INTERNATIONAL LLC; SPECTRUM INVESTMENT PARTNERS, L.P.; & TRANSAMERICA LIFE INSURANCE COMPANY

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

810296.DOC (7474-2)    - 2 -

**Entered on Docket**
**September 22, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
**KOLESAR & LEATHAM, CHTD.**
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102-3202
Telephone No.: (702) 362-7800
Facsimile No.: (702) 362-9472
E-Mail: nleatham@klnevada.com
          ncox@klnevada.com

Attorneys for Creditors
NEXBANK, SSB; FIVE MILE CAPITAL
POOLING INTERNATIONAL LLC;
SPECTRUM INVESTMENT PARTNERS,
L.P.; & TRANSAMERICA LIFE
INSURANCE COMPANY

LENARD M. PARKINS, ESQ. (*PRO HAC VICE*)
HENRY FLORES, ESQ. (*PRO HAC VICE*)
TREVOR R. HOFFMANN, ESQ. (*PRO HAC VICE*)
JONATHAN HOOK, ESQ. (*PRO HAC VICE*)
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone No.: (212) 659-7300
Facsimile No.: (212) 884-8226
E-Mail: lenard.parkins@haynesboone.com
          henry.flores@haynesboone.com
          trevor.hoffmann@haynesboone.com
          jonathan.hook@haynesboone.com

Attorneys for Creditors
NEXBANK, SSB; FIVE MILE CAPITAL
POOLING INTERNATIONAL LLC;
SPECTRUM INVESTMENT PARTNERS, L.P.;
& TRANSAMERICA LIFE INSURANCE
COMPANY

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>FX LUXURY LAS VEGAS I, LLC, a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-10-17015-bam<br><br>Chapter 11 |

**STIPULATION AND ORDER TO CONTINUE SEPTEMBER 27, 2010 HEARINGS AND TO SET STATUS HEARING FOR SEPTEMBER 27, 2010**

Debtor FX Luxury Las Vegas I, LLC, NexBank, SSB, as successor Administrative and

1

VG1 52986v1 09/21/10

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

Collateral Agent ("NexBank") for the second lien lenders (the "Second Lien Lenders")[1], Five Mile Capital Pooling International LLC, Spectrum Investment Partners, L.P. and Transamerica Life Insurance Company The Huff Alternative Fund, L.P. and The Huff Alternative Parallel Fund, L.P. and certain of their affiliated entities (collectively, the "Backstop Investors") and Landesbank Baden-Württemberg, New York Branch, as successor Administrative and Collateral Agent ("LBBW") for the first lien lenders, by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

A.  The Backstop Investors and LBBW have reached an agreement in principal to resolve their disputes, subject to documentation acceptable to the parties, the terms of which will be reflected in an amendment to the "Second Amended Plan of Reorganization Dated July 30, 2010" [dkt. 480] (the "Plan") to implement the negotiated resolution.

B.  The Parties hereto desire and agree to have the September 27, 2010 hearing be treated as a status hearing (the "Status Hearing") on the Motions (as defined below), with the opportunity to advise the Court of the case and reorganization status, and set hearing dates for approval of the Motion to Approve Disclosure Statement (as defined below), and for Plan confirmation.

C.  The Parties hereto desire to continue all matters presently set for hearing before the Court on September 27, 2010 at 9:30 a.m. to a hearing date and time acceptable to the parties and consistent with the Court's calendar, to effect a consolidated hearing to approve a disclosure statement and confirm the Plan, as will be amended.

## STIPULATION

Now therefore, the Parties agree and stipulate further that:

1.  The following motions are presently set for hearing before the Court on

---

[1] The Second Lien Lenders are the lenders under that certain Amended and Restated Credit Agreement dated as of July 6, 2007 (the "Second Lien Credit Agreement").

2

VG1 52986v1 09/21/10

September 27, 2010 at 9:30 a.m.:

- Motion for Relief from Stay Property: Harmon Ave. and Las Vegas Blvd. [dkt. 300]

- Motion for Approval of Procedures Motion of the Backstop Investors for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving Forms of Ballots and Noticing Procedures; and (D) Scheduling Certain Dates with Respect Thereto with Proposed Order [dkt. 376] ("Motion to Approve Disclosure Statement")

- Application for Entry of an Order Pursuant to Sections 506, 1111(b), and 1125 of the Bankruptcy Code and Bankruptcy Rules 3012 and 3014 (A) Determining the Value of the First Lien Lenders' Claims and (B) Requiring the First Lien Parties to Make an Election Under 11 U.S.C. 1111(b)(2) on an Expedited Basis with Proposed Order [dkt. 395]

- First Amended Disclosure Statement for Second Amended Chapter 11 Plan of Reorganization Dated July 30, 2010 [dkt. 480] ("Disclosure Statement")

- Motion for Approval of Procedures Motion of LBBW for Entry of an Order Approving (I) Disclosure Statement; (II) Solicitation Procedures; (III) Forms of Ballots and Noticing Procedures; and (IV) Certain Dates with Respect Thereto [dkt. 498]

(collectively, the "Motions").[2]

2.      IT IS FURTHER STIPULATED that the September 27, 2010 hearing shall be treated as the Status Hearing on the Motions, the developments in the case, and the scheduling of hearings on the disclosure statement and confirmation of the Plan, as will be amended.

3.      IT IS FURTHER STIPULATED that the respective rights of the Parties hereto are hereby reserved and that any Oppositions to the (1) Motion for Approval of Procedures Motion of the Backstop Investors for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving Forms of Ballots and Noticing Procedures; and (D) Scheduling Certain Dates with Respect Thereto with Proposed Order [dkt. 376]; and (2) Motion for Approval of Procedures Motion of LBBW for Entry of an Order Approving (I) Disclosure Statement; (II) Solicitation Procedures; (III) Forms of Ballots and Noticing

---

[2] The Motion for Approval of Stipulation for Entry of Interim and Final Orders (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties, and (B) Scheduling a Final Hearing [dkt. 13] (the "Cash Collateral Motion") is also scheduled for hearing before the Court on September 27, 2010 at 9:30 a.m.  The Cash Collateral Motion is not the subject of this Stipulation.

3

VG1 52986v1 09/21/10

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

Procedures; and (IV) Certain Dates with Respect Thereto [dkt. 498], and any Replies thereto will be due on such dates and times as the Court may determine.

4. IT IS FURTHER STIPULATED that the Plan confirmation hearings currently scheduled for October 13, 15 and 18, 2010 be continued to such date and time as the Court may set at the Status Hearing.

**IT IS SO STIPULATED.**

Dated this 21st of September, 2010.　　　　　　　Dated this 21st day of September, 2010.

/s/ Anne M. Loraditch　　　　　　　　　　　　　　/s/ Rodney M. Jean
HAL L. BAUME, ESQ. (PRO HAC VICE)　　　　　RODNEY M. JEAN, ESQ.
BRETT A. AXELROD, ESQ.　　　　　　　　　　Nevada Bar No. 001395
Nevada Bar No. 005859　　　　　　　　　　　SUSAN L. MYERS, ESQ.
ANNE M. LORADITCH, ESQ.　　　　　　　　　Nevada Bar No. 005078
Nevada Bar No. 008164　　　　　　　　　　　**LIONEL SAWYER & COLLINS**
**FOX ROTHSCHILD LLP**　　　　　　　　　　　1700 Bank of America Plaza
3800 Howard Hughes Pkwy., Ste. 500　　　　　300 S. Fourth Street
Las Vegas, NV 89169　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　　and
Attorneys for Debtor　　　　　　　　　　　　ANDREW V. TENZER, ESQ. (PRO HAC VICE)
FX LUXURY LAS VEGAS I, LLC　　　　　　　RANDALL L. MARTIN, ESQ. (PRO HAC VICE)
　　　　　　　　　　　　　　　　　　　　　　**SHEARMAN & STERLING LLP**
　　　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022

Attorneys for
LANDESBANK BADEN-WÜRTTEMBERG,
NEW YORK BRANCH

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

4

VG1 52986v1 09/21/10

| | | |
|---|---|---|
| 1 | Dated this 21st day of September, 2010. | Dated this 21st day of September, 2010. |
| 2 | | |
| 3 | /s/ Lenard M. Parkins<br>NILE LEATHAM, ESQ. | /s/ Frederick E. Schmidt, Jr.<br>LEE I. IGLODY, ESQ. |
| 4 | Nevada Bar No. 002838<br>NATALIE M. COX, ESQ. | Nevada Bar No. 007757<br>**THE LAW OFFICES OF PARAS B. BARNETT,** |
| 5 | Nevada Bar No. 007662<br>**KOLESAR & LEATHAM, CHTD.** | **P.L.L.C.**<br>9555 S. Eastern Avenue, Suite 280 |
| 6 | 3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102-3202<br>and | Las Vegas, Nevada 89123<br>and |
| 7 | LENARD M. PARKINS, ESQ. (PRO HAC VICE)<br>HENRY FLORES, ESQ. (PRO HAC VICE) | JOSHUA J. ANGEL, ESQ. (PRO HAC VICE)<br>ANDREW C. GOLD, ESQ. (PRO HAC VICE) |
| 8 | TREVOR R. HOFFMANN, ESQ. (PRO HAC VICE)<br>JONATHAN HOOK, ESQ. (PRO HAC VICE) | FREDERICK E. SCHMIDT, JR., ESQ. (PRO HAC VICE) |
| 9 | **HAYNES AND BOONE, LLP**<br>1221 Avenue of the Americas, 26th Floor | **HERRICK, FEINSTEIN LLP**<br>2 Park Avenue |
| 10 | New York, New York 10020 | New York, New York 10016 |
| 11 | Attorneys for Creditors | Attorneys for<br>THE HUFF ALTERNATIVE FUND, L.P. |
| 12 | NEXBANK, SSB; FIVE MILE CAPITAL<br>POOLING INTERNATIONAL LLC;<br>SPECTRUM | AND THE HUFF ALTERNATIVE<br>PARALLEL FUND, L.P. |
| 13 | INVESTMENT PARTNERS, L.P.; &<br>TRANSAMERICA LIFE INSURANCE | |
| 14 | COMPANY | |

**ORDER**

IT IS HEREBY ORDERED that the September 27, 2010 hearing date shall be treated as a Status Hearing on the Motions, the developments in the case, and the scheduling of hearings on the disclosure statement and confirmation of the Plan, as will be amended.

IT IS FURTHER ORDERED that the respective rights of the Parties hereto are hereby reserved and that any Oppositions to the (1) Motion for Approval of Procedures Motion of the Backstop Investors for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving Forms of Ballots and Noticing Procedures; and (D) Scheduling Certain Dates with Respect Thereto with Proposed Order [dkt. 376]; and (2) Motion for Approval of Procedures Motion of LBBW for Entry of an Order Approving (I) Disclosure Statement; (II) Solicitation Procedures; (III) Forms of Ballots and Noticing Procedures; and (IV)

5

VG1 52986v1 09/21/10

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  Certain Dates with Respect Thereto [dkt. 498], and any Replies thereto will be due on such dates
2  and times as the Court may set at the Status Hearing.
3       IT IS FURTHER ORDERED the Plan confirmation hearings currently scheduled for
4  October 13, 15 and 18, 2010 shall be continued to such date and time as the Court may set at the
5  Status Hearing to be held on September 27, 2010 at 9:30 a.m.
6  **IT IS SO ORDERED.**
7                        ###

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

VG1 52986v1 09/21/10