BOB L. OLSON, ESQ.
Nevada Bar No. 3783
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: olsonb@gtlaw.com
*Special Counsel for FX Luxury Las Vegas I, LLC*

Electronically Filed October 14, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS, LLC,<br>  a Nevada limited liability company,<br><br>                            Debtor. | In Proceedings Under Chapter 11<br><br>Case No. BK-S-10-17015-BAM<br><br>**AMENDED NOTICE OF HEARING OF GREENBERG TRAURIG, LLP'S INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING AUGUST 31, 2010**<br><br>**Hearing Date: November 8, 2010<br>Hearing Time: 9:00 a.m.** |

   **NOTICE IS HEREBY GIVEN** that on October 4, 2010, Greenberg Traurig, LLP's Interim Application for Compensation and Reimbursement of Expenses for the Interim Fee Period Ending August 31, 2010 ("Application") [Dkt. #590] was filed with the Court.

   A copy of the Application may be obtained at the bankruptcy court's website at http://www.nvb.uscourts.gov/ or by contacting the office of Greenberg Traurig, LLP. The Application contains a request by Greenberg Traurig, LLP, for an award of $92,825.25, which includes a request for allowance of legal fees of $158,330.75, reimbursement of expenses of $10,442.43, less a 45% discount of $75,947.93.

181,503,234 1 105336.010000

1

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

**NOTICE IS FURTHER GIVEN** that, if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then you must file an opposition with the court, and serve a copy on the person making the Application being objected to, **ON OR BEFORE OCTOBER 25, 2010, FOURTEEN (14) DAYS** before the hearing on the Application.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the foregoing Application will be held before the Hon. Bruce A. Markell, a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **November 8, 2010**, at the hour of **9:00 a.m.**

DATED this 14th day of October, 2010.

**GREENBERG TRAURIG, LLP**

By   */s/ Bob L. Olson*
BOB L. OLSON, ESQ.
Nevada Bar No. 3783
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
*Special Counsel for FX Luxury Las Vegas I, LLC*

181,503,234 1 105336.010000

2