BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas I, LLC*

Electronically Filed October 19, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-10-17015-BAM<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF STIPULATION AND ORDER FOR CONTINUING RELIEF GRANTED UNDER SECOND AMENDED INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL, AND (II) GRANTING ADEQUATE PROTECTION** |

**PLEASE TAKE NOTICE** that on the 19th day of October 2010, the Court entered a Stipulation and Order for Continuing Relief Granted Under Second Amended Interim Order Pursuant to 11 U.S.C. **§§** 105, 361, 362 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the Debtor to Use Cash Collateral, and (II) Granting Adequate Protection [Docket No. 627], a copy of which is attached hereto.

DATED this 19th day of October 2010.

**FOX ROTHSCHILD LLP**

By */s/Anne M. Loraditch*
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for FX Luxury Las Vegas I, LLC*

1

VG1 55928v1 10/19/10

**Entered on Docket
October 19, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

HAL L. BAUME, ESQ.
*Admitted Pro Hac Vice*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: hbaume@foxrothschild.com
baxelrod@foxrothschild.com
aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas, I LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**STIPULATION AND ORDER FOR CONTINUING RELIEF GRANTED UNDER SECOND AMENDED INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362 AND 363 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL, AND (II) GRANTING ADEQUATE PROTECTION** |

Upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company, ("Debtor"), the debtor and debtor-in-possession in the above captioned chapter 11 case, Landesbank Baden-Württemberg, New York Branch, as successor administrative and collateral agent ("First Lien

*LV1 1257934v2 10/19/10*                                           1

Agent"), on behalf of the first lien lenders; and NexBank, SSB, as successor administrative and collateral agent ("Second Lien Agent"), on behalf of the second lien lenders hereby enter this Stipulation And Order For Continuing Relief Granted Under Second Amended Interim Order Pursuant To 11 U.S.C. §§ 105, 361, 362 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing The Debtor To Use Cash Collateral, and (II) Granting Adequate Protection ("Stipulation") and hereby agree as follows:[1]

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES THAT** Debtor may have further continued relief and use of Cash Collateral through October 26, 2010, as set forth in the Second Amended Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the Debtor to Use Cash Collateral and (II) Granting Adequate Protection entered by the Court on August 23, 2010 [Docket No. 519] (as amended, modified or supplemented or as may be further amended, modified or supplemented (the "Second Amended Interim Cash Collateral Order"), pursuant to the budget attached thereto as Exhibit 1, subject to the following modifications:

1. Debtor's authority to use Cash Collateral shall continue after October 21, 2010, and shall terminate on October 26, 2010, unless continued by consent of Debtor, First Lien Agent, and Second Lien Agent, or by order of the Court. The Second Amended Interim Cash Collateral Order shall be, and is hereby, modified to provide that the Debtor is authorized to use Cash Collateral through the date of October 26, 2010, in accordance with, and subject to the terms and conditions of, the Second Amended Interim Cash Collateral Order, as modified as set forth herein.

2. Except as expressly modified as set forth herein, all of the terms and provisions of the Second Amended Interim Cash Collateral Order shall be, and do hereby remain, in full force and effect.

**IT IS FURTHER STIPULATED BY THE UNDERSIGNED PARTIES THAT** the Debtor reserves its rights to seek non-consensual use of Cash Collateral, and First Lien Agent and Second Lien Agent each reserves its rights to object to same.

---

[1] Capitalized terms used, but not defined, herein shall have the meanings ascribed to such terms in the Second Amended Interim Cash Collateral Order.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1  DATED this 19th day of October 2010.

2  Prepared and respectfully submitted by:

3  **FOX ROTHSCHILD LLP**

4  By  *s/ Hal L. Baume*
    HAL L. BAUME, ESQ.
5  *Admitted Pro Hac Vice*
    BRETT AXELROD, ESQ.
6      Nevada Bar No. 5859
7      ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
8      3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
9  *Counsel for FX Luxury Las Vegas I, LLC*

10

11  **APPROVED**/DISAPPROVED:      **APPROVED**/DISAPPROVED:

12  **SHEARMAN & STERLING, LLP**      **HAYNES & BOONE, LLP**

13
By  *s/ Andrew Tenzer*      By  *s/ Jonathan Hook*
14      Andrew Tenzer, Esq.      Lenard M. Parkins, Esq.
    Randall Martin, Esq.      Jonathan Hook, Esq.
15      1221 Avenue of the Americas      1221 Avenue of the Americas
    New York, New York 10020      New York, New York 10020
16      and      and
17  **LIONEL, SAWYER & COLLINS**      **KOLESAR & LEATHAM, CHTD.**
Rod Jean, Esq.      Nile Leatham, Esq.
18  Susan Myers, Esq.      Natalie Cox, Esq.
300 South 4th Street, Suite 1700      3320 West Sahara, Suite 380
19  Las Vegas, Nevada 89101      Las Vegas, Nevada 89102

20
*Counsel for Landesbank Baden-Württemberg,*      *Counsel for NexBank, SSB, Second Lien Agent*
21  *New York Branch, First Lien Agent*

22

23

24                            **ORDER**

25      It is so **ORDERED.**

26                              # # #

27

28

*LV1 1257934v2 10/19/10*          3

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)