BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
           aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas I, LLC*

Electronically Filed October 19, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

FX LUXURY LAS VEGAS I, LLC,
a Nevada limited liability company,

Debtor.

Case No. BK-S-10-17015-BAM

Chapter 11

**NOTICE OF ENTRY OF STIPULATED ORDER CONTINUING MATTERS SET FOR HEARING ON OCTOBER 20, 2010 TO OCTOBER 26, 2010**

Hearing Date: October 20, 2010
Hearing Time: 1:30 p.m.

**PLEASE TAKE NOTICE** that on the 19th day of October 2010, the Court entered a Stipulated Order Continuing Matters Set for Hearing on October 20, 2010 to October 26, 2010 [Docket No. 628], a copy of which is attached hereto.

DATED this 19th day of October 2010.

**FOX ROTHSCHILD LLP**

By */s/Anne M. Loraditch*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   ANNE M. LORADITCH, ESQ.
   Nevada Bar No. 8164
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
   Telephone: (702) 262-6899
*Counsel for FX Luxury Las Vegas I, LLC*

VG1 55912v1 10/19/10

1

**Entered on Docket
October 19, 2010**

        *Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

HAL L. BAUME, ESQ.
*Admitted Pro Hac Vice*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: hbaume@foxrothschild.com
       baxelrod@foxrothschild.com
       aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas, I LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>                Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**STIPULATED ORDER CONTINUING MATTERS SET FOR HEARING ON OCTOBER 20, 2010, TO OCTOBER 26, 2010**<br><br>Hearing Date:   October 20, 2010<br>Hearing Time:   1:30 p.m. |

    Upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company, ("Debtor"), the debtor and debtor-in-possession in the above-captioned chapter 11 case; Landesbank

VG1 55737v1 10/19/10        1

Baden-Württemberg, New York Branch, as First Lien Agent,[1] on behalf of the First Lien Lenders, and Haynes & Boone, LLP, attorneys for Nexbank, SSB, as Second Lien Agent, on behalf of the Second Lien Lenders;

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES AND NOTICE IS HEREBY GIVEN THAT** the following matters, currently set for hearing before the Court on October 20, 2010, at 1:30 p.m.:

- Motion for Approval of Stipulation for Entry of Interim and Final Orders (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties, and (B) Scheduling a Final Hearing With Proposed Order [Docket No. 13] filed by Debtor on April 21, 2010; and

- Motion for Entry of Second Amended Interim Order (I) Authorizing and Approving Debtor's Use of Cash Collateral; and (II) Scheduling a Hearing for Entry of a Final Order Authorizing and Approving Such Use [Docket No. 337] filed by Debtor on June 25, 2010

will to be continued and will be heard by a United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on Tuesday, **October 26, 2010**, at the hour of **4:00 p.m. prevailing Pacific time**.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By  *s/ Anne M. Loraditch*
    HAL L. BAUME, ESQ.
    *Admitted Pro Hac Vice*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169

*Counsel for FX Luxury Las Vegas I, LLC*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed in the Second Amended Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, and 363 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing the Debtor to Use Cash Collateral and (II) Granting Adequate Protection [Docket No. 519] (as amended, modified or supplemented or as may be further amended, modified or supplemented, the "Second Amended Interim Cash Collateral Order") entered by the Court in the above-captioned case on August 23, 2010.

| | | |
|---|---|---|
|1| **APPROVED**/~~DISAPPROVED~~: | **APPROVED**/~~DISAPPROVED~~: |
|2| **SHEARMAN & STERLING, LLP** | **HAYNES & BOONE, LLP** |
|3| By    *s/ Andrew Tenzer* | By    *s/ Jonathan Hook* |
|4|    Andrew Tenzer, Esq.<br>   Randall Martin, Esq. |    Lenard M. Parkins, Esq.<br>   Jonathan Hook, Esq. |
|5|    1221 Avenue of the Americas<br>   New York, New York 10020 |    1221 Avenue of the Americas<br>   New York, New York 10020 |
|6|    and | and |
|7| **LIONEL, SAWYER & COLLINS**<br>Rod Jean, Esq. | **KOLESAR & LEATHAM, CHTD.**<br>Nile Leatham, Esq. |
|8| 300 South 4th Street, Suite 1700<br>Las Vegas, Nevada 89101 | 3320 West Sahara, Suite 380<br>Las Vegas, Nevada 89102 |
|9| *Counsel for Landesbank Baden-Württemberg,*<br>*New York Branch, First Lien Agent* | *Counsel for NexBank, SSB, Second Lien Agent* |

**ORDER**

It is so **ORDERED.**

### #

VG1 55737v1 10/19/10                    3