HAL L. BAUME, ESQ.
*Admitted Pro Hac Vice*
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: hbaume@foxrothschild.com
baxelrod@foxrothschild.com
aloraditch@foxrothschild.com
*Counsel for FX Luxury Las Vegas, I LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>FX LUXURY LAS VEGAS I, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-10-17015-BAM<br><br>Chapter 11<br><br>**STIPULATED ORDER CONTINUING MATTERS SET FOR HEARING ON DECEMBER 15, 2010 TO JANUARY 10, 2010**<br><br>Hearing Date: December 15, 2010<br>Hearing Time: 10:00 a.m. |

The Court having entered an order approving the *Second Amended Disclosure Statement in Support of Third Amended Chapter 11 Plan of Reorganization Dated October 12, 2010* and confirming the *Third Amended Plan of Reorganization Dated October 12, 2010* (the "Plan"), proposed by the

Backstop Investors;[1] and the Court having scheduled a status hearing (the "Status Hearing") for December 15, 2010, a date by which the parties had anticipated the Plan would go effective (the "Anticipated Closing Date"), with respect to the open matters in the Chapter 11 Case and the Adversary Proceeding, including the Plan going effective; and upon the request of Landesbank Baden-Württemberg, New York Branch, as First Lien Agent, on behalf of the First Lien Lenders, the parties having set the Anticipated Closing Date for December 15, 2010, with closing being imminent on the Anticipated Closing Date but not before the Status Hearing; and upon the consent of FX Luxury Las Vegas I, LLC, a Nevada limited liability company ("Debtor"), the debtor and debtor-in-possession in the Chapter 11 Case; Landesbank Baden-Württemberg, New York Branch, as First Lien Agent, on behalf of the First Lien Lenders, Haynes & Boone, LLP, attorneys for Nexbank, SSB, as Second Lien Agent, on behalf of the Second Lien Lenders and certain of the Backstop Investors; and Herrick Feinstein LLP, attorneys for The Huff International Fund, L.P. and The Huff Alternative Parallel Fund, L.P.

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES AND NOTICE IS HEREBY GIVEN THAT** the following matters, currently set for hearing before the Court on December 15, 2010, at 10:00 a.m.:

- Motion for Approval of Stipulation for Entry of Interim and Final Orders (A) Authorizing and Approving Debtor's (1) Use of Cash Collateral, and (2) Granting Adequate Protection to Prepetition Secured Parties, and (B) Scheduling a Final Hearing With Proposed Order [Docket No. 13] filed by Debtor on April 21, 2010;

- Motion for Entry of Second Amended Interim Order (I) Authorizing and Approving Debtor's Use of Cash Collateral; and (II) Scheduling a Hearing for Entry of a Final Order Authorizing and Approving Such Use [Docket No. 337] filed by Debtor on June 25, 2010;

- Scheduling Conference re: Complaint in Adversary Proceeding 2-10-01157 [Docket No. 13];

- Status re: Motion to Dismiss Plaintiff Nexbank, SSB's Motion to Dismiss LBBW's Counterclaims Pursuant to Federal Rule of Civil Procedure 12(B)(6) [Docket No. 36];

---

[1] Docket No. 680. Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

- Status re: Motion for Summary Judgment [Docket No. 48];

- Status re: Motion to Amend Motion of Nexbank, SSB, Under Fed. R. Bankr. P. 7016(B)(4) for Entry of Amended Scheduling Order [Docket No. 59];

- Motion to Appoint Trustee [Docket No. 112];

- Motion for Relief From Stay re: Harmon Ave. and Las Vegas Blvd. [Docket No. 300];

- Motion for Approval of Procedures Motion of the Back stop Investors for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Solicitation Procedures; (C) Approving Forms of Ballots and Noticing Procedures; and (D) Scheduling Certain Dates with Respect Thereto [Docket No. 376];

- Application for Entry of an Order Pursuant to Sections 506, 1111(B), and 1125 of the Bankruptcy Code and Bankruptcy Rules 3012 and 3014(A) Determining the Value of the First Lien Lenders' Claims and (B) requiring the First Lien Parties to Make an Election Under 11 U.S.C. 1111(B)(2) on an Expedited Basis [Docket No. 395]; and

- Motion for Approval of Procedures Motion of LBBW for Entry of An Order Approving (I) Disclosure Statement; (II) Solicitation Procedures; (III) Forms of Ballots and Noticing Procedures; and (IV) Certain Dates With Respect Thereto [Docket No. 498].

will to be continued and will be heard for status only by a United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on Monday, **January 10, 2011**, at the hour of **9:30 a.m. prevailing Pacific time**.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By    s/ Anne M. Loraditch
    HAL L. BAUME, ESQ.
    *Admitted Pro Hac Vice*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169

*Counsel for FX Luxury Las Vegas I, LLC*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

| | |
|---|---|
| **APPROVED**/~~DISAPPROVED~~: | **APPROVED**/~~DISAPPROVED~~: |
| **SHEARMAN & STERLING, LLP** | **HAYNES & BOONE, LLP** |
| By  *s/ Fraser Hartley* | By  *s/ Jonathan Hook* |
| Andrew Tenzer, Esq. | Lenard M. Parkins, Esq. |
| Randall Martin, Esq. | Jonathan Hook, Esq. |
| 1221 Avenue of the Americas | 1221 Avenue of the Americas |
| New York, New York 10020 | New York, New York 10020 |
| and | and |
| **LIONEL, SAWYER & COLLINS** | **KOLESAR & LEATHAM, CHTD.** |
| Rod Jean, Esq. | Nile Leatham, Esq. |
| 300 South 4th Street, Suite 1700 | 3320 West Sahara, Suite 380 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| *Counsel for Landesbank Baden-Württemberg, New York Branch, First Lien Agent* | *Counsel for NexBank, SSB, Second Lien Agent* |

**APPROVED**/~~DISAPPROVED~~:

**HERRICK, FEINSTEIN LLP**

By  *s/ Frederick E. Schmidt, Jr.*
William Fried, Esq.
Joshua J. Angel, Esq.
Andrew C. Gold, Esq.
Frederick E. Schmidt, Jr., Esq.
2 Park Avenue
New York, New York 10016
    and
**LAW OFFICES OF PARAS B. BARNETT, PLLC**
Lee I. Iglody, Esq.
9555 South Eastern Avenue, Suite 280
Las Vegas, Nevada 89123

*Counsel for The Huff International Fund, L.P. and The Huff Alternative Parallel Fund, L.P.*

## ORDER

It is so **ORDERED**.

# # #

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)